# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

John Sabal
Plaintiff

v().                                                Civil Action No.

Anti-Defamation League
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff John Sabal

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

John Sabal,
Binnall Law Group PLLC,
Anti-Defamation League.

| | |
|---|---|
| Date: | 10/3/2023 |
| Signature: | /s/ Jason C. Greaves |
| Print Name: | Jason C. Greaves |
| Bar Number: | TX Bar No. 24124953 |
| Address: | 717 King Street, Suite 200 |
| City, State, Zip: | Alexandria, Virginia 22314 |
| Telephone: | (703) 888-1943 |
| Fax: | (703) 888-1930 |
| E-Mail: | jason@binnall.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.