IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ANTI-DEFAMATION LEAGUE, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:23-CV-01002-O |

## DEFENDANT ANTI-DEFAMATION LEAGUE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Upon the accompanying Memorandum of Law and the Appendix and its accompanying exhibits, Defendant Anti-Defamation League moves the Court, before the Honorable Reed O'Connor, United States District Judge, for an Order granting its motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and dismissing the Complaint with prejudice.

Dated: December 15, 2023

/s/ Robert P. Latham
Robert P. Latham State Bar No. 11975500
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
blatham@jw.com

Trevor Paul State Bar No. 24133388
**JACKSON WALKER LLP**
777 Main St., Suite 2100,
Fort Worth, Texas 76102
817.334.7200– Telephone
(214) 953-5822 – Facsimile
tpaul@jw.com

Nathan Siegel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1301 K Street
Suite 500 East
Washington, DC 20005
Phone: (202) 973-4237
Fax:     (202) 973-4499
nathansiegel@dwt.com

Jesse Feitel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Phone: (212) 489-8230
Fax:     (212) 489-8340
jessefeitel@dwt.com

*Attorneys for Defendant Anti-Defamation League*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been served on all counsel of record, via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, on this 15th day of December, 2023.

/s/ Robert P. Latham
Robert P. Latham