**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01002-O |
| | § | |
| ANTI-DEFAMATION LEAGUE, | § | |
| | § | |
| *Defendant*. | § | |

**APPENDIX TO DEFENDANT ANTI-DEFAMATION LEAGUE'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(B)(6)**

| Description | Website URL | Date | Page |
|---|---|---|---|
| Eliza Relman, et al., *How the GOP learned to love QAnon*, Business Insider | https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10 | October 16, 2020 | 001 |
| Video Embedded in Jacob Vaughn, *A QAnon Power Couple Is Behind the For God & Country Patriot Roundup*, Dallas Observer | https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194 | April 6, 2021 | 029[1] |
| Jacob Vaughn, *A QAnon Power Couple Is Behind the For God & Country Patriot Roundup*, Dallas Observer | https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194 | April 6, 2021 | 031 |
| Anders Anglesey, *QAnon Followers Celebrate Putin's 'Purge' of Ukraine*, Newsweek | https://www.newsweek.com/qanon-followers-celebrate-putins-purge-ukraine-1682341 | February 24, 2022 | 037 |
| Alex Woodward, *QAnon, white nationalists and hate speech: Experts reveal how the floodgates opened on Elon Musk's Twitter* | https://www.independent.co.uk/news/world/americas/elon-musk-twitter-suspended-accounts-b2239851.html | December 1, 2022 | 042 |

---

[1] Pursuant to Local Rule 7.1(i)(3), a copy of this videotape has been concurrently submitted on a flash drive to the Court, along with a copy served on counsel for Plaintiff John Sabal.

| | | | |
|---|---|---|---|
| Charles Wade-Palmer, *Crazy claims Queen 'died months ago' and was replaced by a hologram in public*, Daily Star | https://www.dailystar.co.uk/news/weird-news/crazy-claims-queen-died-months-28011518 | September 17, 2022 | 048 |
| Katie Dowd, *'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California*, SF Gate | https://www.sfgate.com/gavin-newsom-recall/article/QAnon-conspiracies-california-governor-recall-16455748.php | September 14, 2021 | 052 |
| Jacob Vaughn, *QAnon John Gets Slammed on Real Time with Bill Maher*, Dallas Observer | https://www.dallasobserver.com/news/qanon-john-gets-slammed-on-real-time-with-bill-maher-13601644 | March 15, 2022 | 058 |
| Kevin Krause, *Trump fans find fellowship at 3-day Dallas conference to talk God, country and patriotism*, Dallas Morning News | https://www.dallasnews.com/news/politics/2021/05/28/trump-fans-find-fellowship-at-3-day-dallas-conference-to-talk-god-country-and-patriotism/ | May 28, 2021 | 061 |
| David Gilbert, *QAnon's Wildest Moments From Their Massively Disturbing Conference*, VICE | https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas | May 31, 2021 | 066 |
| Anders Anglesey, *Full List of Republican Politicians Attending QAnon Convention in Las Vegas*, Newsweek | https://www.newsweek.com/republicans-attending-qanon-convention-las-vegas-nevada-1641562 | October 22, 2021 | 081 |
| David Gilbert, *QAnon's Biggest Conference Is in Complete Shambles Right Now*, VICE | https://www.vice.com/en/article/pkb498/qanons-biggest-conference-is-in-complete-shambles-right-now | September 1, 2021 | 088 |
| Jerod Macdonald-Evoy, *GOP legislators spoke at a QAnon convention chock full of conspiracies and hate*, Arizona Mirror | https://www.azmirror.com/2021/10/28/gop-legislators-spoke-at-a-qanon-convention-chock-full-of-conspiracies-and-hate/ | October 28, 2021 | 093 |
| Tweet by @AZ_RWW | https://twitter.com/az_rww/status/1452335600774877202?s=20 | October 24, 2021 | 097 |
| ADL Backgrounder:  QAnon | https://www.adl.org/resources/backgrounder/qanon | Originally published May 4, 2020 | 098 |
| ADL Glossary Entry:  John Sabal | https://extremismterms.adl.org/glossary/john-sabal | Undated | 115 |
| Scott Richman, Regional Director, New York and New Jersey, Anti-Defamation League, Congressional Testimony:  "Countering Violent Extremism, Terrorism, and Antisemitic Threats in New Jersey," House Committee on | https://www.congress.gov/117/meeting/house/115162/witnesses/HHRG-117-HM00-Wstate-RichmanS-20221003.pdf | October 3, 2022 | 116 |

| | | | |
|---|---|---|---|
| Homeland Security | | | |
| *Hate in the Lone Star State: Extremism & Antisemitism in Texas*, A Report by the ADL Center on Extremism | https://www.adl.org/sites/default/files/2023-09/Hate-in-the-Lone-Star-State-Report-092023.pdf | September 2023 | 142 |
| Anti-Defamation League, *Blood Libel: A False, Incendiary Claim Against Jews* | https://www.adl.org/resources/backgrounder/blood-libel-false-incendiary-claim-against-jews | September 1, 2016 | 165 |
| Anders Anglesey, *PayPal Blocks QAnon Group Patriot Voice Ahead of Las Vegas Convention*, Newsweek | https://www.newsweek.com/paypal-blocks-qanon-patriot-voice-las-vegas-convention-1636004 | October 6, 2021 | 167 |

Dated: December 15, 2023

/s/ Robert P. Latham
Robert P. Latham State Bar No. 11975500
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
blatham@jw.com

Trevor Paul State Bar No. 24133388
**JACKSON WALKER LLP**
777 Main St., Suite 2100,
Fort Worth, Texas 76102
817.334.7200– Telephone
(214) 953-5822 – Facsimile
tpaul@jw.com

Nathan Siegel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1301 K Street
Suite 500 East
Washington, DC 20005
Phone: (202) 973-4237
Fax:    (202) 973-4499
nathansiegel@dwt.com

Jesse Feitel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Phone: (212) 489-8230
Fax:    (212) 489-8340

jessefeitel@dwt.com

*Attorneys for Defendant Anti-Defamation League*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been served on all counsel of record, via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, on this 15th day of December, 2023.

/s/ Robert P. Latham
Robert P. Latham

Page 1
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023



BUSINESS INSIDER

Newsletters    Log in    Subscribe

US MARKETS OPEN
In the news

▼ Dow Jones -0.13%    ▼ Nasdaq +0.41%    ◢ S&P 500 -0.16%    ▼ META +0.85%    ▼ TSLA +0.3%    ◢ AAPL -0.22%

POLITICS

# How the GOP learned to love QAnon

Eliza Relman, Dave Levinthal, Tom LoBianco, Kayla Epstein, Elvina Nawaguna, and Angela Wang   Oct 16, 2020, 2:27 PM EDT

Share    Save

Advertisement

← Ads by Google

Send feedback

Why this ad? ▷

Samantha Lee/Business Insider

- The far-right QAnon conspiracy theory — which holds that a cabal of Satan-worshiping, child-trafficking Democrats is plotting to oust President Donald Trump — has grown increasingly mainstream in the GOP base.

- At an NBC News town hall on Thursday night, Trump repeatedly refused to denounce QAnon, questioned whether it was a conspiracy theory, and claimed its adherents were fighting pedophilia.

- GOP political operatives told Insider that Republicans view QAnon believers and the movement not as a liability or scourge but as a useful band of fired-up supporters.

- In the months leading up to the election, QAnon has mobilized a new breed of conservative activists, infiltrated the party's base, and brought independents and political outsiders into the fold.

- **Visit Business Insider's homepage for more stories.**

INSIDER TODAY   NEW LOOK

Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. **Read preview**



Enter your email    Sign up

Page 2
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

By clicking "Sign Up", you accept our <u>Terms of Service</u> and <u>Privacy Policy</u>. You can opt-out at any time.



SPONSORED CONTENT by Microsoft

**The World Bank needed a secure hybrid cloud solution. Here's how Azure Arc also made it more efficient and reduced operating costs.**

MIDDLETOWN, Pennsylvania — At first glance, John Sabal doesn't fit the profile of a typical Republican foot soldier. He's not a fan of Big Business, and before 2016 he'd never voted for a Republican president.

The 30-year-old salesman and Navy veteran — who was in grade school in Philadelphia when the 9/11 terror attacks happened — believes that President George W. Bush secretly collaborated with foreign powers to take down the Twin Towers and murder 3,000 Americans as a pretext to start a war "for profit" and impose mass domestic surveillance.

But on an overcast Saturday in late September, Sabal and his girlfriend posted up under a white tent in the parking lot outside a Donald Trump campaign rally near Harrisburg, Pennsylvania, to show their undying support for the current Republican president.

Sabal's willingness to indulge dark conspiracies drove him away from Bush, but the same tendency has delivered him into Trump's arms.



SPONSORED CONTENT by Amazon Ads

**4 ways advertisers can connect with customers during the holidays**

For the past two years Sabal has been a devoted follower of the far-right movement known as QAnon. A "Q" banner adorned his tent, and he sported a T-shirt featuring ex-national security advisor Michael Flynn's face and the words "Great Awakening."

Recommended video



Advertisement

Sponsored Content by Microsoft



**How Azure Arc brings hybrid cloud performance, insights, security, and compliance all into a single, centralized tool**

Page 3
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023



Sabal spends his free time on Twitter, Facebook, and Parler, a social-media platform popular on the right, spreading the outlandishly false conspiracy theory that the president of the United States is covertly battling a deep state cabal of Satan-worshiping, child-trafficking Democrats plotting to oust him.

And he is by no means alone. Sabal, who calls himself "QAnon John," said he often meets other QAnon followers at Trump's rallies. Some of them, he said, recognize him from social media.

"Q is everywhere," Sabal told Insider. "There's people in your grocery store who follow QAnon. Your next-door neighbor could follow it and never even tell you."

Advertisement

Sponsored Content by Spectrum



4 essential steps for maximizing your relationship with a business mentor

Advertisement



A woman passed by Sabal's tent and called out "I love Q!"

Sabal believes that the president knows about QAnon and secretly embeds messages in his speeches.

Page 4
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

"When Trump talks at his rallies, he's talking to two different crowds," Sabal said. "He's talking to people who are, you know, just regular Trump supporters. And then he's talking to people who follow QAnon."

Dangerous conspiracies are nothing new in politics. In previous presidential-election campaigns, people like Sabal were largely consigned to the sidelines, ignored by their parties and left to spin their tales on street corners and in remote internet forums.

Advertisement

Advertisement

Sponsored Content by NUTRO™



**95% of the world's food is grown in soil. Here's how one natural pet food brand is helping to promote healthy soil practices.**

This year, in an unprecedented shift that will likely have profound implications for the future of American politics, key leaders of the Republican Party have openly sought to amplify and encourage the ravings of Trump's QAnon supporters, placing the party's radical fringe front and center.

Only a few Republican politicians have avowedly aligned themselves with QAnon, and even they have distanced themselves from the movement after facing criticism.

But by openly spreading QAnon lies — and by discreetly adopting messaging that aligns with adherents' obsession with false claims of child sex-trafficking — GOP leaders and institutions, including Trump, the National Republican Congressional Committee, and multiple GOP congressional nominees, are harnessing the energy of a violent cult for their political advantage.

On Thursday, a sitting GOP senator, Kelly Loeffler of Georgia, welcomed an endorsement from a congressional candidate who has openly supported QAnon. Later that day, Trump praised QAnon followers for fighting pedophilia.

Page 5
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Advertisement



Get 20% Off
Rock 'Em Socks

In interviews with more than 40 political operatives, politicians, QAnon adherents, cult experts, and disinformation experts, Insider set out to document how Q has entered the mainstream of the Republican Party.



**Megan Fellers, a 35-year-old mother of three, shows her support for QAnon at a Trump rally in Middletown, Pennsylvania, on September 26.**   Jacob Montes/Business Insider

Advertisement

Sponsored Content by Amazon Ads



**4 ways advertisers can connect with customers during the holidays**

## A criminal cabal

QAnon refers to an ever-expanding set of digitally propagated conspiracy theories that falsely claim a cabal of Satanic Democrats and Hollywood elites secretly run the world while operating an international child sex-trafficking ring.

Many QAnon followers believe these elites molest, murder, and eat children, extracting and consuming a mind-altering chemical from their blood known as adrenochrome.

The theory alleges that this criminal cabal — which includes Hillary Clinton, Barack Obama, George Soros, and Oprah Winfrey — is plotting to oust President Trump. QAnon claims that high-ranking military generals asked Trump to run for president in 2016 to disband the cabal and arrest and execute its members. This "storm," they say, will restore American peace and prosperity and lead to a "great awakening."

Page 6
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023



SPONSORED CONTENT by Polo Ralph Lauren

**Six menswear looks to suit all of your holiday plans, for any dress code**

It first materialized in 2017 when an anonymous account claiming to have a "Q" level government security clearance began posting messages to the now defunct 4chan message board. The posts, called "Q drops," predicted that Trump would imminently order mass arrests and executions of Democrats and other pedophile elites.

Since October 2017, the "Q" persona has posted about 5,000 messages on far-right image boards known for hosting violent and bigoted content — first 4chan, then 8chan, and now 8kun.

The messages tend to be riddle-like and vague, often taking the form of a question, leaving them open to interpretation. Followers liken the drops to Bible verses and Trump tweets.

QAnon followers interpret and disseminate the conspiracy theory on Facebook, Twitter, YouTube, and other mainstream social-media platforms. An August NBC News report found there were more than 3 million followers of QAnon pages and groups on Facebook, which has since cracked down on QAnon content.

Advertisement

Sponsored Content by Doctors Without Borders



**5 financially savvy ways to maximize your year-end giving to help Doctors Without Borders provide life-saving medical care**

Advertisement



Page 7
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

The identity of "Q" remains unknown, and it's unclear whether Q is one person, several people, or has changed over time. Jim Watkins, a 56-year-old former US military helicopter repairman based on a pig farm in the Philippines, owns and operates 8kun. He previously owned 8chan, which was shut down after it became a favored site for mass shooters to post their manifestos before striking.

QAnon watchers, including 8chan's founder, Fredrick Brennan, believe Watkins and his son are orchestrating or authoring the Q drops. Testifying before Congress in September 2019 with a "Q" pin on his lapel, Watkins, who previously ran a Japanese pornography website, said he "has no intent of deleting constitutionally protected hate speech" on his platform.

The movement has repeatedly inspired followers to commit crimes. In June 2018, a QAnon follower barricaded a bridge over the Hoover Dam with his armed vehicle, demanding the release of a nonexistent inspector general's report on Hillary Clinton's emails.

In March 2019, another believer was charged with murdering a mob boss in New York. The FBI last year designated QAnon a domestic-terror threat.

Advertisement

Sponsored Content by Polo Ralph Lauren



Six menswear looks to suit all of your holiday plans, for any dress code

Advertisement





"QAnon John" with another Trump supporter at the president's rally in Middletown.   Jacob Montes/Business Insider

## An 'unintentional strategy'

Trump has long supported the QAnon movement.

Over the past few years, he's shared more than 200 messages from Twitter accounts that have promoted the conspiracy theory, according to a late-August report by the left-leaning research group Media Matters. On a single afternoon in July, the president retweeted more than a dozen accounts that have promoted QAnon.

In September, Trump retweeted a post from a supporter that used the hashtag #pedobiden, spreading the accusation that Democratic presidential nominee Joe Biden is a member of a pedophile ring. Trump's son Donald Trump Jr. has also distributed similar messages.

In October the president retweeted two QAnon claims about the 2011 operation to kill Osama bin Laden — one alleging that Obama ordered the assassination of SEAL Team 6 members and another claiming that the operation was a hoax and that bin Laden was alive in Iran.

Advertisement

Sponsored Content by Twilio



How Twilio is using AI to help businesses understand their customers and deliver tailored experiences



SPONSORED CONTENT by Ford Mustang Mach-E®

Meet the all-electric vehicle devotee who amassed a following on TikTok by simply sharing her love for the EV experience

In August, Trump publicly embraced QAnon, saying its supporters "love our country" and "like me very much, which I appreciate." He argued during a White House news conference, called to discuss the government's response to the coronavirus, that it couldn't be a "bad

Page 9
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

thing" that people believe he's fighting a deep-state cabal because he is, he claimed, saving the world from "a radical left philosophy."

During a town hall with NBC News on Thursday night, Trump repeatedly refused to criticize QAnon, telling host Savannah Guthrie that he didn't know enough about it to form an opinion and that he didn't trust her characterization of the movement as believing that "Democrats are a satanic pedophile ring and that you are the savior."

"You tell me, but what you tell me doesn't necessarily make it fact," Trump said. "I do know they are very much against pedophilia. They fight it very hard."

GOP political strategists acknowledged in interviews with Insider that Republicans view QAnon believers and the movement not as a liability or as a scourge to be extinguished, but as a useful band of fired-up supporters. While they're careful not to embrace QAnon explicitly, these Republicans said, they make sure not to adopt messages that alienate what has become a key part of the Republican coalition.

Advertisement

Sponsored Content by Meta



Holiday shopping doesn't end with the holidays. Here's why 'Q5' is the new hot season for marketers.



SPONSORED CONTENT by Spectrum

**4 essential steps for maximizing your relationship with a business mentor**

"The surrogates around Trump try to keep [QAnon supporters] happy because they know they're going to vote," said one Republican close to the president's campaign who asked to speak on condition of anonymity.

The Republican said on-air supporters such as Charlie Kirk, from the Trump group Turning Point USA, regularly talk about QAnon conspiracy theories to keep the base energized.

As recently as this April, Kirk was still sharing content from QAnon-related accounts, according to screenshots from researchers at the liberal watchdog group Media Matters for America.

"It's part of an unintentional strategy," the person said.

Advertisement



A spokesperson for Kirk declined to comment.



Georgia Republican House candidate Marjorie Taylor Greene holds a joint press conference with U.S. Sen. Kelly Loeffler (R-GA) during which Greene endorsed Loeffler on October 15, 2020 in Dallas, Georgia.  Dustin Chambers/Getty Images

Advertisement

Sponsored Content by United Healthcare



How new strategies in healthcare may help improve access and lower costs

## A true believer in Congress

But for some people there's nothing unintentional about it.

At least two dozen congressional candidates who've expressed support for QAnon are on the ballot as Republicans this fall. In January, the US House of Representatives will almost certainly gain its first QAnon true believer, Georgia congressional candidate Marjorie Taylor Greene.

The far-right Republican and millionaire crossfit enthusiast found her way into politics through online communities of conspiracy theorists. Like Sabal, Greene was a 9/11 truther (she recently disavowed the theory) and posted hours of video in which she espoused racist, Islamophobic, and anti-Semitic beliefs.

Page 11
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Advertisement

Greene has trafficked in QAnon talking points and openly supported "Q" for years. She has distanced herself from the conspiracy theory since reporters exposed her past statements, but has refused to condemn it. Trump endorsed her in August, calling her a "future Republican Star" who's "strong on everything."

Greene is so popular in the Republican Party that at least one sitting senator is touting her endorsement.

On Thursday, Sen. Kelly Loeffler, a Georgia Republican, invited Greene to appear at a campaign event outside Atlanta. Loeffler told the AP that she didn't know "anything" about QAnon and defended Greene against "attacks on her character," adding that she and Greene agree on "fighting socialism" and "promoting conservative values."

Loeffler, who was appointed to her seat last year, is in a race to the right against her GOP challengers, including Rep. Doug Collins, a prominent Trump ally on the Hill.

Advertisement



Get 20% Off
Rock 'Em Socks



SPONSORED CONTENT by Meta

**Holiday shopping doesn't end with the holidays. Here's why 'Q5' is the new hot season for marketers.**

In July, the Texas Republican Party adopted the slogan "We Are the Storm," a rallying cry in QAnon forums. The party, which is chaired by tea party leader and former GOP congressman Alan West, has since said the phrase is a biblical reference and denied any deliberate reference to one of QAnon's most central themes.

A number of Republican lawmakers have dismissed or tiptoed around QAnon for months. When the House of Representatives considered a bipartisan resolution in October to condemn the conspiracy theory, 16 Republicans voted against it.

They claimed the measure impinged on free speech, should have included similar condemnation of left-wing groups such as Black Lives Matter, distracted from more important policy issues, and amounted to "partisan theatrics."

"There is no place in America for conspiracy theory groups who threaten our republic," Texas Rep. Michael Burgess, a Trump-supporting tea party Republican, said in a statement to Insider after voting against the resolution.



SPONSORED CONTENT by Nasdaq (Arm)
**How Arm is taking a leading role in the rise of ambient computing**

Advertisement



"This resolution was designed as a blunt force weapon to be used against the administration — not to condemn conspiracy theory groups."

Ohio Rep. Jim Jordan, a key Trump ally who backed Greene, dismissed the movement in an interview with Insider last month.

"I haven't taken the time to research it," Jordan, who didn't vote on the House resolution, said. "I don't think it's a big deal."

Mike Rothschild, a journalist and author of a coming book about QAnon, "The Storm Is Upon Us," argued that many Republicans were trying to have it both ways: stopping short of embracing QAnon but refusing to alienate QAnon supporters who could be critical to their electoral success.

Advertisement

Page 13
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023



"They don't want to alienate even a small percentage of their voters because if you lose them, you may lose power," he told Insider.

## An ideal moment for conspiracy theories

The concurrent crises of 2020 — impeachment, the coronavirus, mass unemployment, a take-it-to-the-streets racial-injustice movement, and an intensely polarizing election — have created an ideal environment for QAnon to metastasize and create more adherents loyal to Trump.

Advertisement



The pandemic and economic shutdown have also meant many more people are stuck in their homes, newly jobless, with time to spend doing "research" online.

"We live in a time of unbelievable stress, and people who prefer certainty should have every incentive to look for answers in unusual places," Roger McNamee, a Silicon Valley investor and outspoken critic of Facebook, told Insider.



SPONSORED CONTENT by ARDA

**An emphasis on flexibility and exclusive experiences has driven the vacation ownership industry to a multibillion-dollar status**

"Conspiracy theories flourish in times like this. The real question is whether our democracy is strong enough to withstand that."

QAnon's following has ballooned over the past several months, according to research by the network analysis firm Graphika. The movement has at once absorbed legions of new followers who reject the rapidly evolving science on COVID-19 and those newly paranoid about child abuse, trafficking, and pedophilia in the wake of the lurid allegations against Jeffrey Epstein, Trump's former friend and business associate who died in jail in 2019 awaiting trial on sex-trafficking charges.

Over the summer QAnon followers co-opted a fundraising campaign by the Save the Children group, exploding a legitimate effort to curb child abuse into a viral internet phenomenon rife with false claims and exaggeration.

Patricia Coohill, a 51-year-old substitute teacher and QAnon follower from New Jersey who attended the Trump rally in Harrisburg with her sisters and nieces, told Insider she was keeping her eye on the kids there in case child traffickers were lurking nearby.

Advertisement



SPONSORED CONTENT by Nasdaq (Arm)

**Here's how Arm technology is powering cutting-edge applications**



"I know their parents are here and they're watching the big screen, but it takes one second — one second — for someone to grab your child," Coohill said.



**Michigan state representative Jon Hoadley has been labeled a "pedo sex poet" by the RNCC, in an attack that echoes QAnon themes.**   Tim Galloway/AP

Page 15
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

## The GOP is using QAnon themes in its attack ads

In recent months Republican politicians have attempted to reach voters like Coohill by seizing on bizarre and wildly misleading accusations of child endangerment, falsely painting several Democratic politicians as pedophiles or accusing them of lobbying on behalf of sex criminals.

In May, Donald Trump Jr. posted a meme on his Instagram account calling Biden a pedophile. He later claimed the post was a joke, but called on the former Democratic vice president and ex-senator to "stop the unwanted touching & keep his hands to himself."

In September the president followed his son's lead and retweeted an image calling Biden a pedophile.

Advertisement



Advertisement



But the effort to capitalize on QAnon's dark intimations about Democrats and children extends beyond the Trump family's impulsive social-media eruptions. QAnon themes are guiding the party's over-the-air messaging strategy.

In his speech accepting the Republican nomination in August, for instance, Trump took care to take credit for "[taking] down human traffickers who prey on women and children."

Jon Hoadley, who is challenging GOP Rep. Fred Upton for his seat in Michigan's 6th Congressional District, is a three-term Democratic state representative who's been endorsed by the Human Rights Campaign and the Michigan AFL-CIO. But the NRCC and other GOP groups have labeled him a "pedo sex poet," twisting satirical

comments Hoadley made in LiveJournal posts in the early 2000s.

Hoadley, who is openly gay, said the attacks were deliberate attempts to weaponize QAnon while tapping into homophobic sentiment.



SPONSORED CONTENT by NUTRO™
**95% of the world's food is grown in soil. Here's how one natural pet food brand is helping to promote healthy soil practices.**

Advertisement



"With some of the terms they're using, without actually alleging any specific wrongdoing, it is a dog whistle to QAnon-like conspiracy theories," Hoadley told Insider. "This is a coordinated strategy that's coming at the direction of the NRCC."

Hoadley said he's seen evidence of QAnon's reach in his district. And his campaign has received a slew of messages from potential constituents accusing Hoadley of being a pedophile and "sexual deviant."

"This isn't just a problem that lives on the internet," Hoadley said. "I was literally having lunch last week and saw someone walk into the restaurant with a very deliberate 'Q' sweatshirt on."

Upton, a moderate Republican who's been critical of Trump, has distanced himself from the NRCC's attacks, but hasn't condemned them.

Advertisement

Hoadley isn't alone. The NRCC put out a TV ad in September falsely claiming that New Jersey Democratic Rep. Tom Malinowski advocated for laws that would "protect sexual predators."

Page 17
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Malinowski accused the NRCC of aligning itself with QAnon and led the charge in drafting the House resolution approved on the floor last month condemning the conspiracy theory.

In late September, "Q" posted a message that linked to the NRCC's press release falsely claiming Malinowski "lobbied to protect sexual predators," adding: "Those who scream the loudest ...." The congressman said his office received several death threats the next day.

The NRCC has stood by its attacks and rejected any claims that it's deliberately energizing conspiracy theorists.



SPONSORED CONTENT by Twilio
**How Twilio is using AI to help businesses understand their customers and deliver tailored experiences**

Advertisement



A host of Republican members of Congress have also tried to gin up a child-sex flashpoint around the Netflix-distributed French film "Cuties," a coming-of-age story about an adolescent dance troupe.

The film features an 11-year-old protagonist in highly sexualized dance routines, leading Republican politicians including Sens. Ted Cruz of Texas and Josh Hawley of Missouri to assail Netflix and call for criminal investigations.

A grand jury in Tyler, Texas, followed suit, charging Netflix with promoting lewdness. Netflix stood by the film in a statement, saying the indictment was "without merit."

## 'Dangerous lunacy that should have no place in American politics'

Only a handful of Republicans have soundly rejected QAnon.



SPONSORED CONTENT by Doctors Without Borders
**Donating to Doctors Without Borders can offer tax advantages and help provide life-saving medical care. Here's how.**

Page 18
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Vice President Mike Pence, known for his evasive answers on sensitive topics he's asked about, had little trouble shooting down QAnon in August: "I dismiss it out of hand." He also cancelled a Montana fundraiser in October after news broke that the couple hosting the event were QAnon supporters.

Wyoming Rep. Liz Cheney, a conservative, occasional Trump critic, and eldest daughter of former Vice President Dick Cheney, has called it a "dangerous lunacy that should have no place in American politics."

Clearly sensing the danger that the movement poses to his own brand of GOP politics, Rep. Adam Kinzinger of Illinois released a YouTube video shredding the conspiracy theory and calling on "every leader to put aside the avoidance of short-term pain to save our country in the long term."

He ended the video by debunking several conspiracy theories about himself.

Advertisement



Advertisement



Kinzinger's attacks on QAnon were met with derision from Trump's team. Trump campaign official Matt Wolking tore into the six-term congressman in a tweet demanding he instead "condemn the Steele Dossier fabrications and conspiracy theories pushed by Democrats."

After being accused of defending QAnon, Wolking rebranded his attack as "a simple question."

Page 19
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

## Prominent GOP politicians and pundits tweet about QAnon or child sex-trafficking 10 times a week, on average

To better understand the circulation of QAnon subject matter in the conservative social-media sphere, Insider reviewed the tweets of hundreds of prominent Republicans, including the entire GOP congressional caucus, each GOP state governor, and more than a dozen popular commentators and GOP candidates for Congress.

We searched for dozens of phrases and hashtags closely associated with the QAnon conspiracy theory, from "deep state" and "WWG1WGA" to "pizzagate" and "trafficking children."

Advertisement



Advertisement



Insider's analysis found that QAnon motifs were not major talking points for Republicans when "Q" first emerged on 4chan in late 2017, but have picked up steady traction over the past two years. Forty-five percent of the accounts that Insider analyzed had published tweets trading in subject matter associated with QAnon; these included the accounts of dozens of elected officials.

Those who tweeted about QAnon and child sex-trafficking most frequently were conservative influencers and congressional candidates with a documented interest in the conspiracy theory, topped by One America News Network reporter Jack Posobiec — the most prolific tweeter overall — Marjorie Taylor Greene, Charlie Kirk, Erin Cruz, and Donald Trump Jr. (Posobiec told Insider in an email that QAnon, was a "4chan hoax" that he had "debunked," but his Tweets closely tracked QAnon themes.)

Tweets from elected officials were led by GOP Sen. Marsha
Blackburn of Tennessee, who posted regularly about "deep state"
corruption and occasionally about child pornography, and Gov.
Mike DeWine of Ohio, a moderate Republican who published two
dozen tweets about child abuse and pornography.



### How QAnon infiltrated GOP Twitter

Insider analyzed how keywords and hashtags associated with QAnon have propagated on the
Twitter accounts of prominent GOP elected officials and pundits.

- First QAnon-related tweet for user
- Dot size represents number of retweets

**2018**

**July**

**First clear QAnon reference**

**Jeffrey Epstein arrested**
Tweets about pedophilia increased after the late sex offender's arrest

**2019**

**July**

**Impeachment**
More "deep state" tweets were posted during House Democrats' impeachment inquiry into Trump than any other period

**2020**

Advertisement



BUSINESS INSIDER
Discover all the stories that matter.
GET FULL ACCESS

Page 21
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023



July

**"Cuties" released on Netflix**
Right-wing conspiracy theorists
and GOP congressmen accused
Netflix of promoting pedophilia

**Source:** Twitter
**Chart:** Sawyer Click/Business Insider

Republican brass tweeted about QAnon or child sex-trafficking 10
times a week, on average, a number that more than doubled after
notorious pedophile Jeffrey Epstein's arrest and suicide in mid-2019.

Advertisement



klaviyo X Marine Layer

Marine Layer
powers smarter
digital relationships
with Klaviyo

Learn more

Renee Lopes Halvorsen, CMO

Despite Epstein's well-documented friendship with Trump and
close association with major Republican donors, he's loomed large
in the GOP Twittersphere even after his death. During one week in
November 2019, a high of three dozen tweets were posted pertaining
to QAnon or child sex-trafficking, 14% of which concerned the late
sex offender.

Since August another wave of activity has cropped up.

"This is your daily reminder that the mainstream media dedicated more time and fever to the number of diet cokes @realDonaldTrump drinks, than to transcripts which reveal that former President @BillClinton visited a private sex/pedophile island with two young women," conservative activist Candace Owens tweeted in early August.

The tweet has racked up more engagement than any other in Insider's analysis, with nearly 48,000 retweets.

Advertisement



Advertisement





**Michael Matroni, a 37-year-old Trump supporter, shows off his QAnon T-shirt at a Trump rally in Middletown on September 26.**   Jacob Montes/Business Insider

## 'We're all Q'

QAnon isn't an explicitly partisan movement. Instead, the theory pits Trump as a godlike warrior against an evil political establishment that includes both Republicans and Democrats.

Page 23
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Unlike most conspiracy theories, QAnon offers an aspirational, positive vision for the future, one in which good will prevail over evil (after Trump carries out mass arrests and sends the "deep state" to Guantanamo).

It provides something close to community for many of its followers, who argue that the movement is overwhelmingly nonviolent. While many remain isolated online, some meet in person at Trump rallies and other gatherings.

Vince LaPorte, who attended the late-September Trump rally in Pennsylvania with his wife and young daughter, wearing Trump-branded clothing, said he felt as if he was part of a righteous global community.

Advertisement



SPONSOR CONTENT
How Twilio is using AI to help businesses understand their customers and deliver tailored experiences

Read more

twilio
Know every individual
like they're your only customer

"We're all Q," he said. "All these people you see across the whole world, it's worldwide, you see 'em all over the world standing up for America, standing up for freedom, standing up for God, standing against Satan, standing against pedophilia and corruption and all that."

Like a religion, the delusion gives many hope in a dark time, even if they acknowledge the bright vision of a "great awakening" may not come to pass.

"If we're crazy, at least we're hanging on to something to look forward to," Megan Fellers, a 35-year-old mother of three, told Insider at the Trump rally.

Page 24
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

"I don't think everyone else can say that right now. A lot of people are filled with doom and gloom and the world's gonna end, so we have something to look forward to that a lot of people don't."



SPONSORED CONTENT by United Healthcare

**How new strategies in healthcare may help improve access and lower costs**

The vast conspiracy movement has converted some independents and politically disengaged people into hardcore Trump supporters.

Michael Matroni, a 37-year-old employee in the mouthwash department at Johnson & Johnson's manufacturing facility in Lititz, Pennsylvania, voted for Libertarian Gary Johnson in 2016. Matroni, who believes 9/11 was an "inside job," has long distrusted the Democratic and Republican parties.

Last year a few of Matroni's coworkers and a cousin introduced him to QAnon. Matroni showed up to the Pennsylvania rally with his friend Gary Ketterer, both wearing QAnon merchandise. While waiting for hours in line outside the rally venue at Harrisburg International Airport, they met and chatted with other QAnon believers.

Some experts say QAnon fits the classic profile of a cult.



SPONSORED CONTENT by Bask Bank

**3 ways to make your money work harder during uncertain times**

Rick Alan Ross, executive director of the nonprofit Cult Education Institute, called QAnon a "destructive cult" engineered for a digital age.

Page 25
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Like most cults, it seeks to discredit all opposition. It features a leader who's morphed into an "object of worship." And it's a "destructive, pernicious" force that hurts people, whether that be its own adherents or the exasperated friends and family of QAnon believers.

## Facebook cracks down

One Republican close to Trump blames the rise of QAnon on the failure of mainstream news organizations to cover subjects of intense interest to conservative readers.

When conservatives want to read about the texts of former FBI agents Peter Strzok and Lisa Page and the allegations against Hunter Biden in Ukraine, this Republican said, they have to go to fringe conspiracy-minded sites like Gateway Pundit or follow alt-right figures such as Posobiec.

Advertisement



Far-right websites successfully attracted more conservatives and Trump supporters writing about those stories, and then mixed in QAnon-related stories, effectively disseminating the conspiracy theory wider than expected, the Republican close to the president said.

After years of permitting QAnon to propagate virally on its platform, Facebook recently cracked down, announcing in early October that it would ban all pages, groups, and Instagram accounts that promote the conspiracy theory.

Page 26
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

Shortly after, YouTube announced it would implement new measures to stem QAnon's spread on its platform. But QAnon leaders have urged followers to "camouflage" their accounts and many have already found workarounds, rebranding as anti-sex-trafficking and health and wellness groups.

Sabal said his Facebook page, with its tens of thousands of followers, was shut down this summer, but, after 10 unsuccessful attempts, he now has a new account on the platform.



SPONSORED CONTENT by Pomorskie Voivodeship

**How this Polish region is driving the future of electric vehicles and renewable energy**

## The 'free speech' defense

Even among Trump supporters who reject QAnon, there's a tendency to defend it as a harmless expression of free thought.

Chad Connelly, a 33-year-old construction worker at Trump's Middletown rally, likened QAnon to a religious belief.

"It could be conspiratorial, but so was Russiagate," said Connelly, who said he voted for Obama for president in 2008. "Who cares if people believe in conspiracy theories? Who cares? You're allowed to believe in whatever you want to believe.

"If you believe there's a guy up in the sky who's watching everything that you do, who's omniscient, you're allowed to believe that. If you believe there's nothing up there, you're allowed to believe that, too."

Advertisement




Page 27
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

QAnon supporters insist their movement centers on free speech and intellectual empowerment. They see themselves as free thinkers and "digital soldiers" fighting corrupt institutions and ideologies.

They often cite the vague, choose-your-own-adventure nature of QAnon in defending the movement against claims of indoctrination.

"People say Q is a cult, but that's impossible because Q tells you to think for yourself," Sabal, the man at the Pennsylvania Trump rally who goes by "QAnon John," said.

"QAnon teaches you to take information and make your own decisions," Edward Szczenski, a Trump supporter who attended the Middletown rally, told Insider. "It's not telling you what to believe. It's telling you freedom, it's telling you where we go one, we go all. What's wrong with that?"

Advertisement



The World's Largest Sock Store
Rock 'Em Socks

In the crucial weeks before the 2020 election, QAnon has generated much-needed wind beneath the Republican Party's sails.

Even without Trump, or the party's explicit endorsement, the movement has mobilized a new breed of conservative activists, infiltrated the party's base, and brought independents and political outsiders into the fold.

Sabal said he'd never voted for a Republican presidential candidate or attended a political rally before Trump launched his presidential bid.

In the 2008 and 2012 presidential elections, he wrote in Ron Paul.

Advertisement

Page 28
How the GOP Learned to Love QAnon
https://www.businessinsider.com/how-qanon-infiltrated-the-gop-2020-10
12 15 2023

But in 2016, Sabal said he registered as a Republican because of Trump.

He told Insider, "I only voted for Trump because he was talking in a language that I could understand."

---

## Read next







POLITICS

POLITICS

POLITICS

**Kevin McCarthy floats working with Elon Musk once he's out of Congress: 'I love entrepreneurs'**

**McCarthy visited Mar-a-Lago after January 6 because staffers said Trump was 'not eating,' Liz Cheney writes in forthcoming book**

**Trump accused Casey DeSantis of trying to 'rig' the Iowa caucuses after she unwittingly caused a stir by encouraging her husband's supporters to come to the state**

White House    QAnon    GOP    More...

Taboola Feed





**Amazon Hates If You Do This, But They Can't Stop You (It's Genius)**

**Here Are 23 Of The Coolest Gifts For Christmas 2023**

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
Online Shopping Tools | Sponsored

23 Hottest Cool Gifts For Holiday 2023 You'll Regret Not Getting Before They Sell Out
Best Tech Trend | Sponsored



**Groundbreaking Device Shakes Up Neuropathy Experts' Beliefs**

Health Insight Journal | Sponsored

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN SABAL,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-CV-01002-O** |
| | § | |
| **ANTI-DEFAMATION LEAGUE,** | § | |
| | § | |
| *Defendant.* | § | |

**Appendix:  Video Embedded in Jacob Vaughn, *A QAnon Power Couple Is Behind the For God & Country Patriot Roundup*, Dallas Observer (Apr. 6, 2021)**

Pursuant to Local Rule 7.1(i)(3), a copy of this videotape has been concurrently submitted on a flash drive to the Court, along with a copy served on counsel for Plaintiff John Sabal.

Dated: December 15, 2023

/s/ Robert P. Latham
Robert P. Latham State Bar No. 11975500
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
blatham@jw.com

Trevor Paul State Bar No. 24133388
**JACKSON WALKER LLP**
777 Main St., Suite 2100,
Fort Worth, Texas 76102
817.334.7200– Telephone
(214) 953-5822 – Facsimile
tpaul@jw.com

Nathan Siegel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1301 K Street
Suite 500 East
Washington, DC 20005

1

Phone: (202) 973-4237
Fax:    (202) 973-4499
nathansiegel@dwt.com

Jesse Feitel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Phone: (212) 489-8230
Fax:    (212) 489-8340
jessefeitel@dwt.com

*Attorneys for Defendant Anti-Defamation League*

Page 1
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023









SUPPORT US

| News | Food & Drink | Arts & Culture | Music | Things To Do | Best of Dallas | Newsletters | More |

ELECTION

# A QAnon Power Couple Is Behind the For God & Country Patriot Roundup

The For God & Country Patriot Roundup, scheduled May 28-31, will be hosted by Gilley's Dallas and Omni Dallas Hotel. A QAnon power couple is behind it all.

By Jacob Vaughn    April 6, 2021



Organizers want the For God & Country Patriot Roundup to be an annual event.  Jacob Vaughn

Share this:    

The Patriot Voice, which is listed as the organizer of the **For God & Country Patriot Roundup** over Memorial Day weekend, doesn't have much of a traditional online presence. Outside of Gab, Parler and some other fringe sites, it's hard to track down the people behind the controversial event.

As it turns out, the **QAnon-affiliated three-day convention** is reportedly being organized by a Q power couple: John Sabal, also known as "QAnon John," and his partner, Amy. Neither could be reached for comment.

They announced the event on Andre Popa's "Who's A Badass Show." Popa is one of the speakers scheduled to appear at the event. Popa did not respond for comment.

Sabal was interviewed for an **article by _Business Insider_ last year**. In September 2020, Sabal and his girlfriend were under a white tent adorned with a Q banner in a Pennsylvania parking lot outside a Donald Trump campaign rally. It's unclear if the girlfriend in the article is Amy. He's described as a devoted follower of the debunked online conspiracy theory QAnon who would spend his free time on Twitter, Facebook and Parler spreading theories.

Page 2
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023

**EDITOR'S PICKS**

- **A QAnon Convention Is Coming to Town. Some Dallasites Want it Canceled.**
- **Texas Supreme Court Denies Suit Alleging Republican Poll Watchers Were Turned Away**
- **At Dallas QAnon Convention, U.S. Rep. Louie Gohmert and Allen West to Take Stage**





After building a following under the name "QAnon John," Sabal found himself kicked off Facebook and Twitter. He said they are now trying to rebrand at The Patriot Voice.

The logo for the event contains an acronym that stands for "Where we go one, we go all," a QAnon mantra cribbed from the 1996 film *White Squall*. Other QAnon conspiracy theory promoters are scheduled to speak at the event.

The FBI has called QAnon a domestic terrorist threat, according to *USA Today*. It revolves around the idea that the so-called "deep state" is controlled by pedophiles among Hollywood elites and powerful Democratic politicians, all of whom are supposedly acting against former President Donald Trump.

Followers of the conspiracy theory have recently started saying "there is no QAnon." The *Observer* received around 100 emails from people saying as much. **As *Vice* explains**, this isn't followers realizing the whole thing was a sham. "[T]he reality is that surface-level QAnon disavowal is an effort by high-profile influencers to distance the conspiracy theory from the past few months of negative media coverage," the article read.





Page 3
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023

But Sabal and Amy aren't shy about QAnon. They make several mentions to it when promoting the event in Dallas on Popa's show.



When the couple met, Amy was deeper down the rabbit hole, she said on the show. Sabal knew about the supposed New World Order, the government controlling the weather and plots to depopulate the planet. He was a Trump supporter from Day 1, attending "the first" inauguration. But Amy said Sabal didn't know things, like, for example, that "John McCain" was put to death." McCain actually died in 2018 the day after his family announced he'd stop receiving treatment for his cancer.

Amy spent a lot of nights researching and going deeper. She would tell Sabal who to follow to learn more. Sabal said, "What she did was she opened me up to the world of Anons and the wonderful number 17." (Q is the 17th letter in the alphabet if you were wondering what the significance was).

Through her "research journey" Amy found like minds, but a lot of connections have been lost since the presidential election.

"A lot of people feel lost, confused, lonely," Sabal said. "They feel like the plan didn't work out. They feel like Trump abandoned us. I'm here to tell you that is not the case. We've gotten so many coms from Trump and team since he 'left the White House.' I'm totally convinced that the plan is still moving forward. I believe this was actually part of the plan, as crazy as that sounds." They said they may have misinterpreted a few of Q's messages.



The couple wanted to bring all these people back together with an event. "Just to get patriots together is so important anyway, but now even more than ever, especially after this election," Amy said.

They tried to plan a cruise, but said that the excursion has been postponed until 2022. So, they decided to do something on land. This is how the Dallas event was born, and Sabal has some pretty high expectations for it. "I want to make [the Conservative Political Action Conference] look like a puppy show," Sabal said.

They say they chose Dallas for a few reasons: They want to move to the area, their church is here and it's a good central location. Sabal said they put together the event in less than two months. "I still don't understand how we did it except for the good lord above, a favor of god," he said.

They locked down the contracts sometime in recent months.

Page 4
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023

advertisement



advertisement



The For God & Country Patriot Roundup, scheduled May 28-31, will be hosted by **Gilley's Dallas** and Omni Dallas Hotel. The event will include such speakers as retired Army Lt. Gen. Michael Flynn, the former national security adviser to Trump, as well as Sidney Powell, formerly a lawyer for both Flynn and Trump.

### "I want to make CPAC look like a puppy show." – John Sabal, The Patriot Voice



tweet this

Both Flynn and Powell have promoted the baseless claim that **the presidential election was stolen from Trump**, and both have spread other QAnon-linked conspiracy theories.

Some of the proceeds from the event will go to the political nonprofit Defending the Republic, which Powell founded while contesting the presidential election results. The nonprofit didn't respond to the *Observer*'s request for comment.

advertisement



Hear from Forward-Thinking Speakers    SXSW 2024    MARCH 8-16

They liked Gilley's because it was in the movie *Urban Cowboy* and because Trump had his 2016 Dallas campaign stop there. The max occupancy in the ballroom is 1,500. They also said the Omni hotel was very easy to work with and gave them a special rate of $149 a night.

A patriot block party will be held outside the Omni on Saturday. "And they're going to light up the side of the Omni," Sabal said. "They said we can put whatever we want on the side of the building, so I'm going to put 'Where we go one, we go all.'"

No one from the Omni responded to confirm or deny this or elaborate on the organizers or the event. On the event, however, hotel management said in an emailed statement, "As a hospitality company, Omni Hotels & Resorts provides public accommodations and function space for many organizations, none of which reflects or indicates an endorsement for any group or individual."

**As noted by Dallas publication *Central Track***, this is the same city-owned hotel that took the position that it was too political to do the same thing with the slogan "Black Lives Matter."

Page 5
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023

advertisement



advertisement



Sabal said they went all out and spared no expense. It's $500 for general admission and $1,000 for VIP. "The beginning of the 1776 revolution starts at Gilley's," Sabal said. No one at Gilley's responded for comment.

They say they'll be back too, with plans to make the roundup an annual event. "This is not a one and done, guys," Sabal said. "This is going to be the start of The Patriot Voice events. I have a vision and that's bringing patriots from all over the world together."

A Dallasite started a petition last week calling for the event to be canceled. So far, over 1,300 people have signed it. But the last time Dallas tried to kick a convention out of town, it cost millions of dollars in a hefty settlement and court fees. So, there's a fat chance the city will try to pull the plug.

In an emailed statement, a city spokesperson said: "The city of Dallas is a welcoming city, bringing together people of many varied interests and ideas. As always, we will do our best to ensure Dallas residents and guests attending this event are safe while in our city."

Keep

**Observer**

Free

**KEEP THE OBSERVER FREE...** Since we started the *Dallas Observer*, it has been defined as the free, independent voice of Dallas, and we'd like to keep it that way. With local media under siege, it's more important than ever for us to rally support behind funding our local journalism. You can help by participating in our "I Support" program, allowing us to keep offering readers access to our incisive coverage of local news, food and culture with no paywalls. Make a one-time donation today for as little as $1.



**JACOB VAUGHN**, a former Brookhaven College journalism student, has written for the *Observer* since 2018, first as clubs editor. More recently, he's been in the news section as a staff writer covering City Hall, the Dallas Police Department and whatever else editors throw his way.
**CONTACT:** Jacob Vaughn
**FOLLOW:** Twitter: @officialjacobv



Observer
INSIDERS

[JOIN TODAY]

Sign up for our newsletters
Get the latest music, news, free stuff and more!

**TRENDING**



NEWS
**Dallas Weather Sage Pete Delkus Named Nation's Top Meteorologist**
By Simone Carter



NEWS
**UPDATE: State Supreme Court Says Dallas Woman Can Not Yet Have an Abortion After Paxton Threatens Hospital With Charges**
By Kelly Dearmore



ELECTION
**Dallas Voters: Here's What's on the Ballot This November**
By Simone Carter



EDUCATION
**UPDATED: Prosper ISD's New Football Stadium Might Be the Most Expensive Texas High School Stadium Ever**
By Kelly Dearmore

advertisement

Page 6
A QAnon Couple is Behind the For God & Country Patriot Roundup at Dallas Hotels | Dallas Observer
https://www.dallasobserver.com/news/a-qanon-couple-is-behind-the-for-god-and-country-patriot-roundup-at-dallas-hotels-12003194
12 15 2023





View This Week's
Print Issue

Where To Find
Dallas Observer In
Print

**EDITORIAL**
News
Food & Drink
Arts & Culture
Music
Things to Do
Observer Events
Newsletters

**MARKETING**
Promotions & Free Stuff
Advertise With Us
Terms of Use
Privacy Policy

**MORE**
About Us
Contact Us
Staff
Careers
Flipbook Archive

**VOICE MEDIA GROUP**
Denver Westword
New Times Broward-Palm
Beach
Miami New Times
Phoenix New Times
V Digital Services

California Privacy Policy   |   California Collection Notice   |   Do Not Sell My Info

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners. ©2023 Dallas Observer, LP. All rights reserved.

Powered by Foundation



Page 1
QAnon Followers Celebrate Putin's 'Purge' of Ukraine
https://www.newsweek.com/qanon-followers-celebrate-putins-purge-ukraine-1682341
12 13 2023

Newsweek 90    U.S.    World    Science    Health    Life    Rankings    Opinion    Culture    Fact Check    My Turn    Sports    •••    SUBSCRIBE FOR $1    Login

News    Qanon    Donald Trump    Vladimir Putin    Ukraine    Russia    War    Telegram    Social media

# QAnon Followers Celebrate Putin's 'Purge' of Ukraine

Feb 24, 2022 at 12:04 PM EST

ADVERTISING

By Anders Anglesey
U.S. News Reporter

FOLLOW

💬 28

QAnon followers and influencers have celebrated Vladimir Putin's invasion of Ukraine, falsely believing it is part of a battle against the "deep state."

Numerous QAnon influencers flooded their social media accounts with posts that praised the Russian president after he ordered a large-scale invasion of Ukraine on Thursday.

Putin declared in a TV statement that the goal of the invasion was the demilitarization and "denazification" of Ukraine, despite the fact that Ukrainian President Volodymyr Zelenskyy is Jewish.

ADVERTISING

READ MORE

· QAnon Decoder Says Half of What Conspiracy Theory Says Isn't True    →

· QAnon Followers Gleefully Back Vladimir Putin's Invasion of Ukraine    →

· Congressional Fundraising Falling Flat for Arizona QAnon Celebrity    →

There have been mass casualties in Ukraine since the invasion was launched and thousands of civilians have been seen fleeing the capital Kyiv.

Trending



Mystery dog illness cases

01    Dog Respiratory Illness Maps Show Its Spread to 16 States
0 comments

02    King Charles' Popularity After Race Scandal Revealed
20 comments

03    Is Travis Kelce Really Slowing Down? Rob Gronkowski Weighs In
2 comments

04    Special Winter Weather Alert Tells Cars to Suddenly Pull to Side of Road
2 comments

05    Google Keeps Mistakenly Claiming Celebrities Are Dead
14 comments

To Homepage

📧 NEWSLETTER
The Bulletin    Your daily briefing of everything you need to know    [Email address]    SIGN UP

Page 2
QAnon Followers Celebrate Putin's 'Purge' of Ukraine
https://www.newsweek.com/qanon-followers-celebrate-putins-purge-ukraine-1682341
12 13 2023

The Russian President's actions have been criticized across the world, including by <u>NATO</u> Secretary-General Jens Stoltenberg who condemned the invasion "in the strongest possible terms."

A D V E R T I S I N G

But the views of Western leaders are not shared by QAnon influencers and their followers who *Newsweek* has found readily repeat Putin's justification for the invasion.

QAnon influencers have cast Putin in a positive light and believe he is now engaged in a fight against an international cabal of satanic pedophiles and "deep state" members who have interests in Ukraine.

Mike Rothschild, author of *The Storm Is Upon Us: How QAnon Became a Movement, Cult and Everything* explained why QAnon followers view Ukraine's government as an enemy and support Putin.

A D V E R T I S I N G

He told *Newsweek:* "It's not so much about Ukraine, though they definitely believe the country is corrupt and deeply enmeshed with the '[Joe] Biden crime family.' It's more about their aspiration for the US to have a leader who takes whatever he wants and pays lip service to their values.

 **Sign up for Newsweek's daily headlines**

He went on to explain that the conspiracy movement has always had authoritarian leanings.

"Q [conspiracy movement] was always an authoritarian movement, based around the illegal use of military tribunals to kill citizens who had done nothing wrong," Rothschild said. "What Russia is doing is simply a more organized version of using the military to satisfy a dictator's whims."

A D V E R T I S I N G

In a series of posts on the social media platform Telegram, followers of the online conspiracy shared messages that support their worldview that Putin is a savior figure.

A QAnon influencer account shared a post with its 249,000 followers that read: "I had the opportunity to spend a few months in Odesa, Ukraine a few years ago. I feel for the Ukrainian people, but their government is clearly corrupt and controlled by the deep state.

### THE DEBATE

**By Modern Standards, Biden Should Be Impeached**
By Mark R. Weaver 

**VS**

 **The Biden Impeachment Inquiry Isn't Just Unserious—It's Dangerous**
By Lisa Gilbert

### OPINION

**Misguided 'Monopoly' Talk Focuses on the Wrong Question**
By Noah C. Gould 

**Community-Based Resettlement Is Good for Both Refugees and Communities**
By Pooja Agrawal 

**Does The First Amendment Protect Chinese Espionage?**
By Joel Thayer 

**One Year After Landmark Marriage Equality Legislation**
By Tammy Baldwin 

**Americans Hate Divisiveness. We Need to Demand More From Our Leaders**
By Susan K. Urahn & Michael Dimock 

**By Modern Standards, Biden Should Be Impeached**
By Mark R. Weaver 

**Congress Still Has Time To Save Lives From Drug Overdose**
By David Trone, Brian Fitzpatrick, Ann Mclane Kuster, And Lisa Mcclain 

**When Protecting Kids Online, Don't Let Apple and Google Off the Hook**
By Adam Candeub And Clare Morell 

**LGBTQ Persons and the Promise of the Universal Declaration of Human Rights**
By Jessica Stern And Suzanne Goldberg 

**It's Time to Shed Some Light on U.S. Investment in Communist China**
By Marco Rubio & Elise Stefanik 

Page 3
QAnon Followers Celebrate Putin's 'Purge' of Ukraine
https://www.newsweek.com/qanon-followers-celebrate-putins-purge-ukraine-1682341
12 13 2023

"The Ukrainians suffered mightily under communist Russia and during WW2. They are good people. Pray for the people. Pray this conflict will be over quickly. Pray that their corrupt government will be purged."



ADVERTISING

Another QAnon account with 44,940 subscribers shared an unsupported claim that Russian flags were being flown "around Ukraine" in support of Putin's invasion.

The post read: "As suspected, Ukraine has been waiting for this for eight years and locals are greeting the Russian army as liberators.

"Meanwhile MSM [mainstream media] and the Western powers will still portray Putin and Russia as the bad guys. Remember that the truth tends to always be the opposite of [what] they tell you. Is Putin carrying out a clean-up operation?"



ADVERTISING

John Sabal, who recently used the moniker QAnon John, told his more than 80,000 Telegram followers: "I don't see this 'invasion' of Ukraine as a 'bad' thing. I see it as a clearing out of a very corrupt center of operations for the Cabal.

"There is a reason that Putin said 'special military operation and not 'war'...because it is not a war. It's a proper and necessary deep cleaning of Cabal operations and military assets, not an attack on innocent civilians."

Sabal and other QAnon influencers have used their position within the online conspiracy movement to court Republican lawmakers, some of whom have previously appeared on their shows and events.

ADVERTISING

Other QAnon influencers repeated Donald Trump's comment about Putin, when the former President recently called the Russian government's recognition of two rebel regions in Ukraine as "genius."

One Telegram account with 120,720 followers said late on Wednesday: "If Putin was about to start WW3 and kill a bunch of civilians in Ukraine (as the fake news is telling you), do you think President Trump and [Mike] Pompeo would be out there saying Putin is a genius? They know exactly what they are doing. The media takes the bait every time."

*Newsweek* found Trump's comments about Putin were widely shared across dozens of QAnon-related accounts.

The Victory of the Netherlands' Geert Wilders
By Miles P. J. Windsor

Elon Musk Is Amplifying Bigotry. He Must Be Stopped
By Debbie Wasserman Schultz & Anthony Housefather

A D V E R T I S I N G

While Trump's comments were swiftly condemned by some Republicans, including by Mike Pence's former advisor Olivia Troye who called them "despicable," other conservative figures have defended Putin or downplayed his aggression towards Ukraine.

Fox News host Tucker Carlson on Tuesday called on his viewers to question whether Putin should be considered dangerous in a segment of his show when he asked how many problems Americans faced could be blamed on the Russian leader.

Steve Bannon, a former advisor to Trump, said hours before the invasion that Americans should support "anti-woke" Putin because of his history against the LGBTQ community in Russia.

A D V E R T I S I N G

Their comments, as well as those of QAnon followers, reflect a change among how a section of the American right views Russia and other authoritarian regimes.

Rothschild told *Newsweek* that he saw little that separated the ideology of QAnon followers and a large segment of the American right.

He said: "I would say there's no real difference anymore. Q's mythology of Trump as a super-genius who led a godly battle against the deep state has become adopted by the entire conservative movement, regardless of whether they know anything about Q.

A D V E R T I S I N G

"They see authoritarians like Trump and Putin as standing up against godless liberalism and 'woke' ideology, and for traditional values and the accumulation of wealth earned through shrewd power moves."

But James Beverley, a research professor at Tyndale University in Toronto and author of *The QAnon Deception*, said the conspiracy movement's praise of Putin was not reflective of conservatism in America.

Beverley told *Newsweek*: "The QAnon adulation of Putin is evidence of how deep QAnon leaders despise Joe Biden and the Democratic establishment. In reading QAnon posts about Ukraine, I am struck most by the ways in which Biden's alleged weakness and failure on Ukraine is contrasted with Trump's alleged power and wisdom in handling Putin when he was president.

A D V E R T I S I N G

"The pro-Putin views in some QAnon circles are, thankfully, not widespread in conservative America. Most Americans, whether liberal or conservative, would regard QAnon praise for the invasion of Ukraine as morally bankrupt and idiotic. While some QAnon views are widely held (e.g. Trump is a great leader), the theory that Putin is a 'white hat' fighting an international cabal of pedophiles is a fringe view.

"Since QAnon has become a large movement and is now rather divided, with varying levels of sanity, it is unfair to target Republican lawmakers simply because of an interview on a QAnon platform. A link with QAnon should not be used as a tool to bludgeon others."

*Newsweek* has contacted a Trump spokesperson for comment.

A D V E R T I S I N G



Russia's President Vladimir Putin looks on during the opening ceremony of the Beijing 2022 Winter Olympic Games at the National Stadium, known as the Bird's Nest, in Beijing, on February 4, 2022. QAnon followers have praised Putin's invasion of Ukraine.
**WANG ZHAO/GETTY IMAGES**

*Update 02/25/22, 6:10 a.m. ET: This article was updated to add a comment to Newsweek from James Beverley.*

Request Reprint & Licensing    |    Submit Correction    |    View Editorial Guidelines

## About the writer

Anders Anglesey

FOLLOW

Anders Anglesey is a U.S. News Reporter based in London, U.K., covering crime, politics, online extremism and trending

Page 1
Elon Musk's Twitter: QAnon, white nationalists and hate speech - experts reveal how the floodgates have opened | The Independent
https://www.independent.co.uk/news/world/americas/elon-musk-twitter-suspended-accounts-b2239851.html
12 13 2023



US EDITION

**INDEPENDENT**

SUBSCRIBE: $20 FOR 1 YEAR    LOG IN / REGISTER

NEWS   SPORTS   VOICES   CULTURE   LIFESTYLE   TRAVEL   PREMIUM   MORE

News > World > Americas

# QAnon, white nationalists and hate speech: Experts reveal how the floodgates opened on Elon Musk's Twitter

Those who specialise in monitoring the spread of disinformation say 'trust and safety are dead' on the social media platform. **Alex Woodward** reports



Thursday 01 December 2022 15:56 GMT    •    5   Comments

  



(Getty)



Sign up to our Evening Headlines email for your daily guide to the latest news

Email

SIGN UP

☐ I would like to be emailed about offers, events and updates from The Independent. Read our privacy notice

**O**ne day after officially acquiring Twitter, the world's wealthiest person pledged that a "content moderation council" would review the restoration of previously banned accounts. Elon Musk said that civil rights groups – as well as those who had experience "hate-fuelled violence" – would be a part of the process.

Then, on 23 November, Musk introduced a Twitter poll asking users whether he should grant "general amnesty to suspended accounts, provided that they have not broken the law or engaged in egregious spam".

Extremism researchers and experts who have closely studied the spread of online hate and mis- and disinformation have warned that Mr Musk's acquisition and the mass return of previously banned users could rapidly deteriorate the platform. Under the disingenuous banner of "free speech," Twitter could become one of the most toxic spaces on the internet for marginalised groups, according to experts.

Without critical guardrails, the platform risks turning into a "hostile environment for people that might be subjected to abuse and the people who don't want to see it, and that's the vast majority of people," according to Imran Ahmed, founder and CEO of the Center for Countering Digital Hate.

**RECOMMENDED**

Brain implants, dark conspiracies, and digital gods: How the Deus Ex games help explain Elon Musk



On 18 November, Mr Musk created another poll asking whether to allow Donald Trump back to the platform. The former president had been permanently suspended from Twitter "due to the risk of further

**Most Popular**

Major incident declared after 'explosion' at industrial estate

Leave the World Behind author explains film's controversial ending

Man denied boarding for Ryanair flight despite valid passport

Third of millennials support closure of clubs as Covid cases surge

Leave the World Behind hits No 1 on Netflix – but viewers have issue

**Popular videos**



Ellie Leach's message to Vito Coppola after reaching Strictly final

Plane passenger 'cooks' garlic shrimp in bathroom during flight

Martin Lewis announces next DWP cost of living payment date

indy100

Mother completes 157-mile walk in memory of her daughter

APPENDIX PAGE 042

incitement of violence" in the aftermath of the attack on the US Capitol
fuelled by his election lies.

Mr Musk also reinstated at least 11 accounts belonging to prominent far-
right and anti-trans influencers, including Jordan Peterson and right-wing
satirical media company the Babylon Bee, which were both suspended for
misgendering transgender people.

Twitter also restored an account for activist group Project Veritas, despite
its ban "for repeated violations of Twitter's private information policy," as
well as the personal account belonging to far-right Georgia
congresswoman Marjorie Taylor Greene. Greene had been suspended for
flagrant violations of the platform's policies against spreading Covid-19
misinformation.

Effective 23 November, Twitter announced that the platform "is no longer
enforcing the Covid-19 misleading information policy".

### 'Trust and safety and content moderation are dead'

The platform has reinstated tens of thousands of previously suspended
accounts. Of these, roughly 62,000 accounts have more than 10,000
followers each, including one account with more than 5 million followers,
and 75 accounts with more than 1 million followers, according to
Platformer. Employees have reportedly called the mass reinstatement "the
Big Bang."

Dozens of clips of a video filmed by a white supremacist who murdered
51 Muslim worshippers at two mosques in Christchurch in 2019 – footage
that is illegal to share in New Zealand – were not caught by the platform's
moderation tools at the end of November. The clips were only removed
after the country's government told Twitter about it.

"Effectively, trust and safety and content moderation on Twitter are dead
under Elon Musk," according to Sam Woolley, head of the Propaganda
Research Lab in the Center for Media Engagement at the University of
Texas at Austin and the author of *The Reality Game: How the Next Wave
of Technology Will Break the Truth*. "Twitter has taken … a lot of time and
put in a lot of effort over the last several years to respond to the problems
of disinformation and propaganda on its platforms. What we have now is
a completely confusing environment that Musk contends is free speech
for everyone but which is really an informational dictatorship that
prioritizes Musk's whims over any kind of systematic governance of the
platform."

**RECOMMENDED**



**I worked at Twitter for seven years – this is what I want you to
know**

Within the first week of his acquisition, Twitter's most popular
untrustworthy accounts saw their engagements increase by more than 57
per cent, according to an analysis from NewsGuard with data from
NewsWhip. Posts from the 25 most-followed Twitter accounts tracked by
NewsWhip and associated with publishers that NewsGuard has identified
as "repeatedly spreading false information" received more than 3 million
likes and shares, the report found.

Two weeks earlier, those same accounts had received roughly 1.98 million
likes and shares.

"The findings highlight how Musk's public statements about potential
future changes to Twitter policies appear to have encouraged greater
activity by malign actors, boosting the popularity of misinformation on
the platform," according to NewsGuard.

Even without any apparent policy changes, and Mr Musk's insistence that
its policies remain the same, "the simple and highly publicized fact of
new ownership and Musk's public speculation about changes to the
platform coincided with a significant increase in the popularity of false
narratives," NewsGuard stated.

**RECOMMENDED**



**Twitter team responsible for removing child exploitation on site
cut in half since Musk takeover, report claims**

The Center for Countering Digital Hate's analysis of Brandwatch analytics
also found a significant "uptick" in hateful and sexist language on the
platform within the same time frame that Mr Musk claimed the
company's "strong commitment to content moderation remains
absolutely unchanged" and that hateful speech declined to "below our
prior norms".

In the first full week under his ownership, there were more than 26,000
posts mentioning the n-word – triple the average in 2022, according to
the report. There were also more than 50,000 posts mentioning transphobic
and homophobic slurs, up by 53 per cent and 39 per cent, respectively,
than 2022 averages.

Within his first two weeks at the helm, from 31 October to 13 November,


Surgeon urges people to stop
getting unregulated fillers due
to high risk


Trump gives away pieces of
suit worn in famous mug shot
with $4600 collectable cards


Scientists make 'huge' $540
billion discovery at the bottom
of a giant lake


12 billion-year-old body of
water discovered floating in
space

**Sponsored Features**


Black Friday deal on Nectar
mattresses: 60% off all
mattresses


Stay connected with your loved
ones with these Black Friday
deals from EE


Give the gift of an unbeatable
break with TUI's Black Friday
Deals

Discover the latest in design
and innovation with
HUAWEI's Black Friday sale


Revitalise Your Winter Skin
with Absolute Collagen's Black
Friday Deals

there were more than 204,000 tweets and retweets using the gender-based slur "c**t" – up 30 per cent from the 2022 average – and more than 831,000 posts mentioning "sl*t," up 75 per cent from the 2022 average. Posts mentioning "wh*re" were also up by 60 per cent. The platform also saw significant spikes in antisemitic slurs and racist abuse towards Hispanic and Latino people, the report found.

Despite claims from Twitter's now-former head of Trust and Safety, Yoel Roth, that the platform had reduced the number of times hate speech appeared on Twitter's search and trending pages, "the actual volume of hateful tweets has spiked," according to the center's report. Asked during an interview at the Knight Foundation on 30 November whether he still believed Twitter's safety had improved under new ownership, Mr Roth said "no".

The European Union has signalled that the platform could be regulated or banned in EU countries unless it adheres to stringent rules for content moderation.

"In an offline context, it would be blisteringly obvious that if every time I opened my door and went onto the street, someone shouted a racial slur or religious slur, I would think, 'Crumbs, I don't want to leave the house,'" Mr Ahmed told *The Independent*. "The problem is that Musk recognizes the virtues of Twitter, clearly, because he recognizes the way that it brings people together and has allowed him to communicate to millions of people. He seeks to deny that ability to people from marginalized groups who know that the price of taking part in Elon Musk's Twitter is an intensified wave of abuse, the likes of which they haven't seen before."

On 30 November, the company said in a statement that "none of our policies have changed," but that its policy enforcement will instead rely on the "de-amplification of violative content: freedom of speech, not freedom of reach".

"We have to move beyond a surface-level understanding of what free speech means and actually begin to understand that free speech doesn't mean the right to practice open hate and violence," Mr Woolley told *The Independent*. "You're not legally meant to be able to threaten people with violence or harm. You're not meant to be able to sow purposefully false content about electoral processes, but all of these things are happening on Twitter. And so that's not free speech. It's informational anarchy and chaos that prioritizes powerful voices who know how to manipulate the system in order to get their content amplified."

### 'I will salute my leader, Elon Musk'

Shortly after his account was restored on the platform, alt-right figure Patrick Casey of the white nationalist group Identity Evropa said on his livestream broadcast that "other than Trump, Elon Musk has done the most for us, absolutely."

"You have people like [Fox News personality] Tucker [Carlson] who have in some cases broadcast our ideas to tens of millions, hundreds of millions," he said. "But Elon Musk, he's up there … and we thank him for his service. … I will salute my leader, Elon Musk. Thank you, buddy."

Conservatives, Republican officials, right-wing personalities and far-right figures have embraced Mr Musk and his ownership of Twitter, projecting the billionaire as a key figure in their crusade against perceived censorship under a leftist online regime. QAnon influencers have amassed followings on platforms like Telegram and Truth Social after their bans elsewhere are also returning to the platform, while hashtags and phrases connected to the conspiracy theory movement – like WWG1WGA, an acronym for QAnon slogan "where we go one we go all" – are readily searchable.

Conspiracy theorist influencer John Sabal, known as "QAnon John", is currently running a Twitter account affiliated with The Patriot Voice, which organises QAnon-affiliated conferences that attract well-known Republican figures and far-right personalities. He also believes Mr Musk is a so-called "white hat" working within the government to dismantle the alleged "deep state" against them.

Mr Musk – who said he intends to "vote Republican" and would support Florida's Republican Governor Ron DeSantis for president in 2024 – frequently interacts with far-right influencers on the platform, building his own so-called "filter bubble" of right-wing admirers and opinions.

He has accused the platform, in its previous incarnation, of advancing "far left San Francisco/Berkeley views" and asserted that Twitter "obv[iously] has a strong left wing bias." But the company's own research shows that the platform amplifies right-wing content more than left-leaning posts. Right-wing accounts drove most conversation and topics in the leadup to the 2020 presidential election, according to an analysis from Politico and the Institute for Strategic Dialogue.

Much in the same way that the world paid attention to the former president's every tweet, media outlets are closely watching Mr Musk's bully pulpit, from which he broadcasts to nearly 120 million followers.

**RECOMMENDED**

 **How Elon Musk, Trump and Tucker Carlson helped far-right conspiracy theorists hijack the Paul Pelosi attack**

On 29 October, Hillary Clinton shared a link to a *Los Angeles Times* story detailing Paul DePape's digital trail of far-right conspiracy theories before he brutally attacked House Speaker Nancy Pelosi's husband Paul. The following day, Mr Musk replied with a screenshot of a bogus report accusing Mr Pelosi of getting into a drunken fight with a male prostitute. He deleted the tweet, but thousands of people had already shared it, along with the original widely debunked article which inspired thousands of similar posts.

On November 28, Mr Musk shared – then quickly deleted – a photograph of neo-Nazi influencer Tim Gionet, a.k.a "Baked Alaska," saluting a McDonald's.

Two days later, he asserted without evidence that Twitter had interfered with elections in the past. The claim was widely circulated as a breaking news item among right-wing accounts that have baselessly claimed Twitter helped "steal" the 2020 presidential election from Donald Trump.

On 1 December, hours after Ye — formerly known as Kanye West — praised Adolf Hitler and said he "loves Nazis" during a virulently antisemitic rant on InfoWars with conspiracy theorist Alex Jones, Mr Musk approvingly replied to a post made by Ye that mentioned Mr Musk and the First Amendment.

Later, after Ye posted a swastika embedded within a Star of David, he was suspended from the platform.

"I tried my best," Mr Musk said. "Despite that, he again violated our rule against incitement to violence. Account will be suspended."

That same day, neo-Nazi Andrew Anglin, founder of antisemitic white supremacist website The Daily Stormer, was reinstated.

While he pledges to combat the presence of "bots" or fake accounts used to manipulate engagement on the platform, Mr Musk has relied on easily manipulated Twitter polls in an apparent attempt to justify his decision-making.

"These surveys are just a means to an end," Mr Woolley told *The Independent*. "They're so easily gameable that Musk is able to get exactly what he wants out of them. … Musk is doing what I call manufacturing consensus. He's creating the illusion of popularity for his ideas and other people's ideas."

### 'A Faustian bargain' and a race to the bottom

If users begin to leave Twitter, experts say that the platform risks becoming another closed-loop app indistinguishable from competitors like Truth Social and Parler. Such platforms also tout their alleged "free speech" bonafides and are dominated by right-leaning users and false information.

"His current direction of … turning it into a free-for-all of abuse and hatred is commercially unviable in one sense, because advertisers are already flooding out," according to Mr Ahmed. "The alternative path, which is to make it a subscription-based model, is increasingly going to turn it into a right-wing paid version of Truth Social, and who wants to pay to be on Truth Social?"

Its viability also relies on its utility for media organisations, publishers and journalists. Specifically, it depends on whether they are willing to accept a kind of "Faustian bargain," in which they can continue to draw highly engaging and valuable content from the platform while enabling Mr Musk's worst impulses, according to Mr Ahmed.

"The problem with social media at the moment is that the industry for a decade now has been in a race to the bottom of, 'How can we acquire as much market share as possible with the attention of eyeballs?' By gaming the algorithm to engage with [them] for as long as possible," he told *The Independent*. "Everything they're doing is perfectly legal, and in fact, reflects their fiduciary responsibilities to their shareholders. The truth is that this is a classic example of where a race to the bottom needs to be arrested through regulation that sets minimal standards. It's a classic example of it."

Mr Musk provides "the best possible argument that we need to... say that they are part of the democratic space and so therefore they should be subject to democratic norms and democratic accountability," according to Mr Ahmed.

"At some point we've got to wean ourselves off the teat of hoping that billionaires are going to save us." he added. "Because they're not."

**More about:**   Elon Musk   Twitter   Donald Trump   QAnon

**Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

💬 Comments ↓

### Comments

FOLLOW                                    LOG IN   SIGN UP

APPENDIX PAGE 045

Page S
Elon Musk's Twitter: QAnon, white nationalists and hate speech - experts reveal how the floodgates have opened | The Independent
https://www.independent.co.uk/news/world/americas/elon-musk-twitter-suspended-accounts-b2239851.html
12 13 2023



Page 6
Elon Musk's Twitter: QAnon, white nationalists and hate speech - experts reveal how the floodgates have opened | The Independent
https://www.independent.co.uk/news/world/americas/elon-musk-twitter-suspended-accounts-b2239851.html
12 13 2023



**GET IN TOUCH**

Contact us



| OUR PRODUCTS | OTHER PUBLICATIONS | EXTRAS | LEGAL |
|---|---|---|---|
| Subscribe | International editions | Advisor | Code of conduct and complaints |
| Register | Independent en Español | Puzzles | Contributors |
| Newsletters | Independent Arabia | All topics | Cookie policy |
| Donate | Independent Turkish | Betting | Donations Terms & Conditions |
| Today's Edition | Independent Persian | Voucher codes | Privacy notice |
| Install our app | Independent Urdu | Competitions and offers | User policies |
| Archive | Evening Standard | Independent Advertising | Modern Slavery Act |
| | | Independent Ignite | |
| | | Syndication | |
| | | Working at The Independent | |

Page 1
Crazy claims Queen 'died months ago' and was replaced by a hologram in public - Daily Star
https://www.dailystar.co.uk/news/weird-news/crazy-claims-queen-died-months-28011518
12 13 2023



NEWS ▾     FOOTBALL ▾     SHOWBIZ ▾     LIFE & STYLE ▾     TV ▾     IN YOUR AREA     SPORT ▾

  

News ▸ Weird News ▸ Conspiracy theories

# Crazy claims Queen 'died months ago' and was replaced by a hologram in public

Conspiracy theory believers from the radical QAnon movement have reacted to the death of Queen Elizabeth II last week with all kinds of tales ruling out its timing as a coincidence

**NEWS**   By **Charles Wade-Palmer** Senior News Reporter

13:54, 17 SEP 2022  |  UPDATED 14:39, 17 SEP 2022

Bookmark 🔖           💬 Comments  8

ADVERTISEMENT





Kemi Badenoch addresses the Women and Equalities Committee

Wild **conspiracy theorists** claim the **Queen** died months ago and was replaced by a hologram in public appearances.

Other nonsensical tales to have spouted from so-called QAnon believers include the suggestion that the late monarch was murdered as part of a wider plan.

The online community which lures in impressionable largely US-based right wing fanatics, has erupted with ideas since Elizabeth II's death on September 8.

**READ MORE:** *Princess Margaret's 'secret child' claims Queen's sister used body doubles to hide bump*

Just two days earlier, Her Majesty was pictured welcoming new Prime Minister Liz Truss to both her post and Balmoral Castle in Aberdeenshire, Scotland.



📷 A hologram of the Queen was created as an art piece in 2012  (Image: AFP via Getty Images)



**⭐ RELATED ARTICLES**



❯ **Nostradamus predicted that Charles will abdicate and 'mystery king' could replace him**
⭐



❯ **New Kate Middleton photos spell 'disaster' for King Charles, royal expert claims**
⭐

According to some, however, Ms Truss was photographed shaking hands with merely a hologram

RECOMMENDED


'Worst place to live in the UK' where parents don't let daughters out at night


'Worst place to live in the UK' where parents don't let daughters out at night


'Filthy' couple caught bonking on balcony of luxury 10-person Airbnb 'sex den'


Sick mum filmed 28 clips of attempted sex acts on dogs as she learns her fate

Page 3
Crazy claims Queen 'died months ago' and was replaced by a hologram in public - Daily Star
https://www.dailystar.co.uk/news/weird-news/crazy-claims-queen-died-months-28011518
12 13 2023

of the Queen.

**You May Like**           Sponsored Links by Taboola



**Neuropathy Experts Amazed: This Device Delivers Unbelievable Results**
Health Insight Journal         [Learn More]

The timing of the announcement of the 96-year-old's passing has also been held as too cryptic to be a coincidence as September 8, 2022 apparently marks 1,776 days since QAnon first emerged.

Obviously 1776 is pivotal to the conspiracy spouting movement as it was the year the United States gained independence from the British crown.

QAnon enthusiasts The Patriot Voice, a.k.a. John Sabal and his wife, Amy, have suggested that Queen Elizabeth II may have been killed as part of a vague plan that has secretly been carried out for years.





**Major incident declared at UK industrial estate as 'loud explosion' sparks fire**

ADVERTISEMENT



RECOMMENDED



**Curve model shows cellulite in lingerie, saying 'arms are supposed to jiggle'**



**Roy Keane slams 'absolutely disgraceful' Man Utd treatment over players leaving**



**Mia Khalifa flogging racy snaps calendar – but eye-watering price puts fans off**



**Man romped with cow and got trampled – he told farmers 'I'm sorry, I f***ed up'**



**Eccentric £11m Lottery winner found dead after living for years as a hermit**

ADVERTISEMENT



Page 4
Crazy claims Queen 'died months ago' and was replaced by a hologram in public · Daily Star
https://www.dailystar.co.uk/news/weird-news/crazy-claims-queen-died-months-28011518
12 13 2023

Queen Elizabeth II looks at a portrait of herself in 2010 (Image: Getty Images)

**READ MORE**

▶ Bloke spots cloud that looks like a horse and reckons the Queen is 'behind it'

The Patriot Voice told their 64,000 Telegram followers that the Queen's death happened exactly 1,776 days after the first "Q drop" on the message board site 4chan from a mysterious figure known as 'Q.' in October 2017.

The Patriot Voice wrote: "The Queen died EXACTLY 1776 days after the first Q drop.

"Say what you want...I do NOT believe in coincidences. The scope of this operation is FAR more complex than we can even begin to imagine."

***For more shocking stories from the Daily Star, make sure you sign up to one of our newsletters*** here

Stormy Patriot Joe, another prominent QAnon account said: "Today the Queen passes. I'm sure it's all a coincidence."

**SIMILAR ARTICLES TO THIS**

POWERED BY  mantis







**Reddit user banned after sticking energy drink popsicle up his bum for 'experiment'**

Robots are not just pl out of work - but folk

  1 COMMENTS

ADVERTISEMENT


The Daily Beast's Will Sommer reports QAnon followers "really hated the queen" yet only once has Elizabeth II been mentioned in the thousands of Q drops since 2017.

Mr Sommer said: "One faction thought a random New Zealand guy was the rightful monarch. I've seen multiple speeches derailed at QAnon conventions when speakers stopped talking about Democrats to rant instead about the House of Windsor."

READ NEXT:

- **Meghan 'snubbed' by royal fan in awkward moment at Windsor walkabout**

- **Full route of Queen's Lying-in-State procession as fans mace 30-hour wait to see coffin**

- **Queen was 'absolutely on it' just two days before she died, Boris Johnson says**

- **Queen's grief-stricken daughter Princess Anne follows her mum's coffin on final journey**

- **Meghan was so 'awkwardly nervous' during walkabout she didn't know whether to wave**


Your World, Unleashed
Quantum FIBER
Learn More
Limited availability. Service in select locations only.
©2023 Q Fiber, LLC. All Rights Reserved.

Page 1
'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California
https://www.sfgate.com/gavin-newsom-recall/article/QAnon-conspiracies-california-governor-recall-16455748.php
12 13 2023

≡     **SFGATE**     Newsletters

**BREAKING**     **Protesters shut down major Calif. freeway during rush hour**



NEWS | POLITICS | GAVIN NEWSOM RECALL

# 'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California

By **Katie Dowd**
Updated Sep 14, 2021 10:11 a.m.



A woman sporting a shirt supportive of QAnon conspiracy theories protests against California's stay-at-home directives on May 1, 2020, in San Diego.
SANDY HUFFAKER/AFP via Getty Images



One day before the Gavin Newsom recall, adherents of the QAnon conspiracy belief system are busy attempting to invalidate the election results before they even come in — but they're torn on what exactly comes next.

APPENDIX PAGE 052

Although most people likely assume QAnon has its deepest roots in places like Florida or Texas, the extremist ideology has made significant inroads in California. It's particularly noticeable in Orange County and San Diego, where people sporting QAnon flags and shirts have been seen at anti-lockdown and anti-Newsom protests over the past year. In addition, four of the candidates running to replace Newsom have expressed support for QAnon, Media Matters reports.

For the uninitiated: QAnon believers, who call themselves "anons," think a secret military operation is "in control" and will soon purge the nation of their political enemies and restore Donald Trump to power. The conspiracy theory began in 2017, and until late 2020, someone using the name "Q" posted regularly on the message boards 4chan and 8chan (later renamed 8kun). Anons continue to furiously decode these "drops," convinced they contain information about the secret military operation they believe may march into the White House and arrest Joe Biden at any time. (There is a great deal of speculation that Q was, at least for a time, 8kun admin Ron Watkins, who now posts messages on Telegram that often bear a striking linguistic resemblance to old Q drops.)

---

ADVERTISEMENT
Article continues below this ad



SENIOR APARTMENTS AVAILABLE
NEAR YOU (CLICK FOR PRICES)    LEARN MORE
www.bargainboom.com

---

**More For You**

Even Newsom's least optimistic pollster thinks race is a beatdown 

In the lead-up to the Newsom recall, anons have glommed onto a December 2018 Q post

SHOPPING 

**How to give your Amazon driver a $5 tip — on the company**

**49ers playoff tickets are already on sale — and going fast** 

**Harry & David pears in stock at SF Trader Joe's stores** 

**Santa gift bundle that parents love is under $7 right now** 

**Top-rated Ninja blender is just $98 — and selling fast** 

**One of the best Amazon Prime perks keeps giving** 

**Most Popular**

1. **Major weather shift predicted in California before Christmas**

2. **San Francisco car thieves exposed, humiliated by 'glitter bombs'**

3. **49ers' Brock Purdy could possibly lose NFL MVP race on a…**

4. **The California city that chose people over cars**

Page 3
'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California
https://www.sfgate.com/gavin-newsom-recall/article/QAnon-conspiracies-california-governor-recall-16455748.php
12 13 2023

in response to a commenter asking, "Will voter fraud in CA ever be brought to light?" "Watch CA," Q wrote back. Three years on, some are convinced this means that Newsom will fraudulently win this recall election and, confronted with overwhelming evidence of this alleged fraud, Californians will kick off a national audit that gets Trump back into office.

"DETHRONING Newsom is THE catalyst for the MAIN EVENT," wrote QAnon influencer John Sabal (who goes by QAnon John) on Telegram last week.



A man waves a Q flag at a rally against child trafficking on Hollywood Boulevard in Los Angeles on Aug. 22, 2020. QAnon believers often launder their more extreme beliefs by claiming they are trying to "save the children" from what they imagine is rampant sex trafficking.
KYLE GRILLOT/AFP via Getty Images

If you were struck by the dubiousness of California's 10 million-plus registered Democrats suddenly being swayed by this argument, keep this in mind: Many QAnon believers think California is majority Republican. In the weeks after the 2020 presidential election, QAnon discourse was full of baseless assertions that Trump won California; in reality, Biden received 11 million votes to Trump's 6 million.

---

ADVERTISEMENT
Article continues below this ad


Take a quiz

**5.** **SF restaurateur fails to show in court, judge orders her to...**

Sponsored Links


**50-Year Wall Street Legend Issues New Nvidia Warning**
Chaikin Analytics


**Fidelity vs. Vanguard vs. Schwab**
SmartAsset                    Learn More


**Empty Alaska Cruise Cabins Come with Tiny Price Tags**
GoSearches


**Mitsubishi Has Done It Again. This New Outlander Has Left Us Speechless**
SUGGEST-ME


**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
TruthFinder                   Search Now


**Here Are 97 of the Coolest Gifts for This 2023**
LifeHackin                    Learn More

Page 4
'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California
https://www.sfgate.com/gavin-newsom-recall/article/QAnon-conspiracies-california-governor-recall-16455748.php
12 13 2023

by Taboola

In an attempt to sow the seeds of this "rigged" election narrative, one popular QAnon forum has been filled with stories pushing California election misinformation. One highly upvoted story in recent days was headlined: "Gov. Gavin Newsom warns Californians: 'You will all die of COVID if I'm recalled.'" Although this is written as a direct quote, Newsom never said this.

Another story gaining fast traction is from Los Angeles TV station KTLA. "San Fernando Valley residents have trouble casting recall ballots" quotes only one 88-year-old voter as having issues at her polling place. When she raised the problem to poll workers, she was given a provisional ballot and allowed to cast her vote.

Nonetheless, the story is being parroted across the far-right ecosystem as proof Republicans are being prevented from voting in the recall. Along with there being no evidence that only Republicans encountered issues with the single San Fernando Valley polling place in question, the story clearly states the woman did end up casting a ballot.

Trying to invalidate a Newsom victory before results even roll in isn't just happening on the fringes, however. Republican recall frontrunner Larry Elder has ramped up talk of a "rigged" election in the last week, coinciding with polls turning decidedly in favor of Newsom keeping his job. On Elder's website, there's a prominent button on the homepage that says "STOP FRAUD" that takes you to a site where you can self-submit alleged instances of voter fraud. The site also has a red button asking for donations.

ADVERTISEMENT
Article continues below this ad





Ready     FEMA  ad

PROTECT YOUR LEGACY
PLAN FOR EMERGENCIES TODAY

Get started



You sure I'm in the right car seat?

LEARN MORE

NHTSA



There's no indication that any legitimate instances have been found. Even one anon posting to a QAnon forum admitted as such. "I am working in the election," the person wrote. "So far, I have not spotted any physical fraud. In my county, most workers are trying their best. But, I am very suspicious of [voting machine company] Dominion."

Despite their lofty talk, it seems not all Q believers are convinced Newsom's recall will usher in the glorious return of their preferred president.

"So now we need a 3rd time??? We have Nov 3rd.... we have the Georgia Senate runoffs.... now we need California," one poster recently fretted on a QAnon forum. "Is there a point that around here the question can be raised........ i'm not sure patriots are in control...... are we the sheep???

ADVERTISEMENT
Article continues below this ad



Shopping made easy on Temu
Temu



Page 6
'Are we the sheep?': QAnon believers struggle to process Gavin Newsom recall election in California
https://www.sfgate.com/gavin-newsom-recall/article/QAnon-conspiracies-california-governor-recall-16455748.php
12 13 2023

"I don't think so but I mean are we the sheep for letting this go on? Are we the ones being gaslit?"

Sep 13, 2021 | Updated Sep 14, 2021 10:11 a.m.

 By **Katie Dowd**     

Katie Dowd is the SFGATE managing editor.

Tabo̶o̶la Feed



**Groundbreaking Device Shakes Up Neuropathy Experts' Beliefs**
Health Insight Journal | Sponsored     Learn More



**50-Year Wall Street Legend Issues New Nvidia Warning**
Chaikin Analytics | Sponsored

**Top Doctors: 'Nature's Stimulant' Is Taking Over The Internet**
For Brain Fog And Low Energy
Health Headlines | Sponsored     Try Now



**Fidelity vs. Vanguard vs. Schwab**
SmartAsset | Sponsored      Learn More



**Buying Nvidia? Wall Street Legend Issues Urgent A.I. Stock Warning**
Chaikin Analytics | Sponsored



**Empty Alaska Cruise Cabins Come with Tiny Price Tags**
GoSearches | Sponsored



**Mitsubishi Has Done It Again. This New Outlander Has Left Us Speechless**
Suggest-me | Sponsored



**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
Find Detailed Public Record Information About Someone. Search Records Quickly. Search Any Name.
TruthFinder | Sponsored     Search Now



Save up to 90% on Temu
Temu

Dallas **Observer**

SUPPORT US

News    Food & Drink    Arts & Culture    Music    Things To Do    Best of Dallas    Newsletters    More

CELEBRITIES

# QAnon John Gets Slammed on *Real Time with Bill Maher*

This month alone, QAnon John got called out by the Anti-Defamation League and Real Time with Bill Maher for posting antisemitic content.

By Jacob Vaughn    March 15, 2022



Comedian and actor Bill Maher shows his *Real Time* audience a post by QAnon John.    Jacob Vaughn

Share this:

QAnon John hit the big time: *Real Time With Bill Maher.*

In a post to his many social media followers, QAnon John, whose real name is John Sabal, gave his hot take on the Russian invasion of Ukraine. "I don't see this 'invasion' of Ukraine as a 'bad' thing," Sabal said in a post. "I see it as a clearing out of a very corrupt center of operations for the Cabal."

Somehow, HBO's *Real Time with Bill Maher* got ahold of the post.

After reading the post to his audience Maher said: "Ah, yes, the cabal. That's the pedophile ring of elitist baby-eaters that QAnon believes is the real problem in the world, and naturally when war breaks out, it's really about that. No wonder the government puts chips in the vaccine to track you people."

### EDITOR'S PICKS

- **QAnon John Shared an Anti-Semitic 'Synagogue of Satan' Post on Holocaust Remembrance Day**
- **Leaving Las Vegas: The Next Q Con May Take Place on Lin Wood's Plantation in South Carolina**
- **Deja Q: QAnon John's Las Vegas Convention Loses Its Venue**




But whenever QAnoners get called out like this, they take it as proof that they're on to something. QAnon John, of course, is no different.

He seemed thrilled to be mentioned on the show. "Wow. Bill Maher was talking about me BY NAME and quote last night," Sabal wrote in a post. "I guess I REALLY made the grade, huh??? It just goes to show that they DO watch everything we say."

He continued: "It's a real HONOR to be that OVER THE TARGET and openly mocked by him. I see this as a gift from God! WE ARE THE NEWS NOW!!!"

Sabal is arguably known best for his QAnon conventions, the first of which was held in Dallas last year. His events have featured close affiliates of former President Donald Trump as well as Texas politicians like Texas GOP chairman Allen West and U.S. Rep. Louie Gohmert.



Days before his *Real Time* debut, Sabal also got a shout out from the **Anti-Defamation League** for posting antisemitic content, including a post about the "Khazarian invasion."

Conspiracy theorists believe that invasion of Ukraine is being orchestrated by Jews for both financial control and global prowess, according to the ADL. Some conspiracy theorists make reference to something they call the "Khazarian Mafia" or the "Khazarian invasion." They basically believe that modern Eastern European Jews are descendants of a people known as the Khazars who converted to Judaism and lived in present-day Ukraine.

"Believers claim Putin's incursion into Ukraine was a means to help the country counter/dispel an invasion of 'Khazar Jews,'" according to the Anti-Defamation League.

Of course, Sabal is a believer. In a post to his more than 81,000 followers on Telegram, Sabal wrote, "Ukraine is the home base and last bastion of the Khazarian Mafia who happens to control the world's deep state."



Sabal laughed off the ADL mention, sharing screenshots of the article with his followers. "Look, Ma!" he wrote. But he promises he's not antisemitic. "I'm the farthest thing from an 'antisemite,'" he wrote. "Quite the opposite actually. Your words, and BS article are as weak and pathetic as your terrible 'organization.'"

On Holocaust Remembrance Day, Sabal hopped on Telegram to tell his followers a Satanic sect of Judaism supposedly runs "the deep state."

Page 3
QAnon John Gets Slammed on Real Time with Bill Maher | Dallas Observer
https://www.dallasobserver.com/news/qanon-john-gets-slammed-on-real-time-with-bill-maher-13601644
12 13 2023

Keep **Observer** Free

**KEEP THE OBSERVER FREE**... Since we started the *Dallas Observer*, it has been defined as the free, independent voice of Dallas, and we'd like to keep it that way. With local media under siege, it's more important than ever for us to rally support behind funding our local journalism. You can help by participating in our "I Support" program, allowing us to keep offering readers access to our incisive coverage of local news, food and culture with no paywalls. Make a one-time donation today for as little as $1.



**JACOB VAUGHN**, a former Brookhaven College journalism student, has written for the *Observer* since 2018, first as clubs editor. More recently, he's been in the news section as a staff writer covering City Hall, the Dallas Police Department and whatever else editors throw his way.
**CONTACT:** Jacob Vaughn
**FOLLOW:** Twitter: @officialjacobv



Sign up for our newsletters
Get the latest music, news, free stuff and more!

JOIN TODAY

**TRENDING**



WEATHER
**Halloween Flirts With Freezing Temps, But the Real Horror Starts Next Week**
By Simone Carter



NEWS
**Dallas Weather Sage Pete Delkus Named Nation's Top Meteorologist**
By Simone Carter



NEWS
**UPDATE: State Supreme Court Says Dallas Woman Can Not Yet Have an Abortion After Paxton Threatens Hospital With Charges**
By Kelly Dearmore



ELECTION
**Dallas Voters: Here's What's on the Ballot This November**
By Simone Carter

advertisement



Check out Temu's amazing deals. Discounts up to 90% off

Temu



DO

**Observer**
*Let's Eat!*

View This Week's Print Issue
Where To Find Dallas Observer In Print

**EDITORIAL**
News
Food & Drink
Arts & Culture
Music
Things to Do
Observer Events
Newsletters

**MARKETING**
Promotions & Free Stuff
Advertise With Us
Terms of Use
Privacy Policy

**MORE**
About Us
Contact Us
Staff
Careers
Flipbook Archive

**VOICE MEDIA GROUP**
Denver Westword
New Times Broward-Palm Beach
Miami New Times
Phoenix New Times
V Digital Services

California Privacy Policy     California Collection Notice     Do Not Sell My Info

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners. ©2023 Dallas Observer, LP. All rights reserved.

Powered by Foundation

Page 1
Trump fans find fellowship at 3-day Dallas conference to talk God, country and patriotism
https://www.dallasnews.com/news/politics/2021/05/28/trump-fans-find-fellowship-at-3-day-dallas-conference-to-talk-god-country-and-patriotism/
12 13 2023



| Sections | Search | | *The Dallas Morning News* | Sign In | SUBSCRIBE NOW Starting at $1 |

Discover   Bleeding Out   Power Grid   Holidays   Things to Do   Podcasts   ePaper   Obituaries   Public Notices   Help Center

FWDDFW    58°F 58 51

**MORE FROM HOMEPAGE**

Elon Musk U.? The mercurial billionaire plans to start a new Austin college

Judge finds Farmers Branch officer not guilty in fatal 2019 shooting of man in stolen car

Live camels, flying angels: Plano megachurch criticized again for lavish Christmas show

8 Granbury children sent to hospital after eating candy

ADVERTISEMENT



NEWS › POLITICS

# Trump fans find fellowship at 3-day Dallas conference to talk God, country and patriotism

This weekend's "For God & Country Patriot Roundup" conference at the Omni Dallas Hotel features prominent Trump allies like Michael Flynn and Sidney Powell, who have maintained that the presidential election was stolen from the former president and have brought attention to QAnon.



Former National Security Adviser Michael Flynn snaps a selfie at the Omni Dallas Hotel downtown during the "For God & Country Patriot Roundup" on Friday, May 28, 2021. (Shelby Tauber / Special Contributor)

By Kevin Krause
7:57 PM on May 28, 2021 CDT

LISTEN       

ADVERTISEMENT



Hey check out these offers



DISCOVER AMAZING TRAVEL
SIDESTAGE.COM

MOST POPULAR

APPENDIX PAGE 061

It had all the buzz and excitement of a political convention, except that the next presidential election is still a few years away.

That didn't matter for many of those who on Friday attended opening festivities of the For God & Country Patriot Roundup conference at the city-owned Omni Dallas Hotel. They didn't care that the nation had elected Joe Biden as president in November.

ADVERTISEMENT

They said they came to the weekend event because they want to learn more about how to steer the country back to traditional conservative values steeped in religion, law and order — and yes, Donald Trump. Many attendees also said they want to learn more about corruption in Washington, D.C., that they insist is being ignored by traditional news outlets.

They drank and ate and schmoozed at Bob's Steak and Chop House inside the hotel with retired Army Lt. Gen. Michael Flynn, who held court at a large table in the bar area and posed for selfies with admirers.

## Political Points

Get the latest politics news from North Texas and beyond.

**EMAIL ADDRESS**

Enter your email address      SUBMIT

By signing up you agree to our Terms of Service and Privacy Policy

Flynn was Trump's former national security adviser before he pleaded guilty to lying to the FBI about his role in the Russia scandal. Trump absolved him with a pardon.



1  Elon Musk U.? The mercurial billionaire plans to start a new Austin college

2  Judge finds Farmers Branch officer not guilty in fatal 2019 shooting of man in stolen car

3  Live camels, flying angels: Plano megachurch criticized again for lavish Christmas show

4  Coca-Cola Southwest Beverages supports military and veterans in the community, on the job

5  Editorial cartoon: Ivy league antisemitism

6  Kate Cox and Texas' bad abortion law

ADVERTISEMENT

Elon Musk U.? The mercurial billionaire plans to start a new Austin college

Judge finds Farmers Branch officer not guilty in fatal 2019 shooting of man in stolen car

Live camels, flying angels: Plano megachurch criticized again for lavish Christmas show

8 Granbury children sent to hospital after eating candy

Some on Dallas City Council want less "drama," more $1.1 billion bond talk

MEMBER EXCLUSIVE

ADVERTISEMENT

Page 3
Trump fans find fellowship at 3-day Dallas conference to talk God, country and patriotism
https://www.dallasnews.com/news/politics/2021/05/28/trump-fans-find-fellowship-at-3-day-dallas-conference-to-talk-god-country-and-patriotism/
12 13 2023

JProject founder Abigail Noel holds a Q sign outside of the Omni Hotel in Dallas, TX, where the the For God & Country Patriot Roundup convention was held on Friday, May 28, 2021. JProject is not associated with the convention but felt it their duty to come out share their demand for a revote of the 2020 election. (Shelby Tauber/Special Contributor) (Shelby Tauber / Special Contributor)

ADVERTISEMENT



DISCOVER AMAZING TRAVEL
SIDESTAGE.COM

Friday evening, Flynn was a star, a person to be seen and photographed with. A grim-faced conference organizer shot down a request for an interview. Flynn "definitely" didn't want to talk to a newspaper reporter, the man said.

Brenda Bintz, 67, a retired nurse from New Jersey, grabbed a smoke outside before the VIP meet-and-greet reception kicked off.

"Our country needs to turn around," she said. "We've turned our back on God."

## In search of ideas

Bintz, a member of the Daughters of the American Revolution, said she wants to learn new ideas for how to help get the nation back on track. She hoped her first visit to Dallas would prove fruitful and informative.

ADVERTISEMENT

Like some others at the conference, Bintz said she didn't pay a lot of money and travel a long distance to spend her Memorial Day weekend hearing about QAnon, a baseless conspiracy theory about Satan-worshipping pedophiles.

She did, however, look forward to hearing Flynn speak. She also was eager to hear from Sidney Powell, the former Flynn and Trump lawyer who mounted numerous failed legal challenges to the election results.

"All I know is that I'm a patriot," Bintz said.

Both Flynn and Powell have maintained that the presidential election was stolen from Trump and have brought attention to QAnon.

According to the event's website, a portion of proceeds from the convention will go to Defending the Republic, a political nonprofit that Powell founded while fighting the election results.

The event will feature speakers, entertainment and interactions with high-profile conservative politicians who promoted the Q theory and worked to overthrow the results of the 2020 presidential election. A group called The Patriot Voice, which organized the conference, referred to it as its

"inaugural kick-off event" on its website.

"For three days, you will have the opportunity to hear from some of your favorite Patriots and Digital Soldiers in both keynote speeches and panel forums," the website says. "You will also have the opportunity to meet and interact with these people, as well as meet fellow Patriots from around the country and world."

ADVERTISEMENT

## 'We're in precarious times'

Calvin Tomicich and his wife, Carol, drove from a small town in Washington State to Dallas to attend the political-themed conference, the first such event for both of them. Tomicich, 72, a retired Seattle firefighter and Vietnam War veteran, said he was a Democrat for many years and voted for former President Bill Clinton. But Trump, he said, is the best president he's seen in his lifetime.

"We're American patriots, and we want to find out what's going on with our country," he said. "We're in precarious times right now. ... We want to get this country back to normal."



Karmen Siirtola donned patriotic boots for opening night of the conference at the Omni Dallas Hotel. (Shelby Tauber / Special Contributor)

ADVERTISEMENT

Tomicich said the last presidential election remains clouded in corruption and dishonesty in his mind. The mainstream media, he said, is not going to illuminate what went wrong.

"I want to know what's being done about it," he said. "That's why we're here. You have to go looking. Search for it yourself."

Tomicich said he doesn't have any theories about who is behind QAnon but that he thinks it's a person or persons behind the scenes who possesses knowledge about what's really going on.

"Maybe we'll find out some day," he said.

ADVERTISEMENT

Podcaster Steven Lundgren of Alaska is not only a conference attendee. He is handling audio and visuals for the event, including live interviews and other media activities.

Lundgren, 55, and his wife, Marcy, chatted up Flynn in the restaurant before joining a long line for the opening reception. He said the conference has been unfairly labeled as purely a QAnon event. It's actually about patriotism, preserving freedoms, faith and returning to a "normal life," he said.

"The focus isn't Q. The focus is being a patriot," he said.

   

 [Kevin Krause](#). Kevin has worked for The Dallas Morning News since 2003. He covers federal criminal courts and has been a journalist for 30 years. Kevin is a multiple recipient of the Stephen Philbin Award for excellence in legal reporting. Kevin earned a BA from Boston University.

 kkrause@dallasnews.com    @KevinRKrause

## Around The Web



**Anyone Who Wants to Lose Weight Needs to Check out This Simple Morning Ritual!**

Healthy Nation



**Try This on the Ear - It Stops the Ringing [Watch]**

doctors-health-quest-secrets



**Americans Are Using This $49 Device to Heat Up Homes Almost for Free**

Alpha Heat

Page 1
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023



 **News**

# QAnon's Wildest Moments From Their Massively Disturbing Conference

The 'For God & Country: Patriot Roundup' event had Michael Flynn calling for a military coup and Roger Stone's social media adviser calling for Hillary Clinton's execution.

By David Gilbert

May 31, 2021, 10:58am    Share    Tweet    Snap



IN THIS AUG. 2, 2018, FILE PHOTO, A PROTESTERS HOLDS A Q SIGN WAITS IN LINE WITH OTHERS TO ENTER A CAMPAIGN RALLY WITH PRESIDENT DONALD TRUMP. (PHOTO: AP PHOTO/MATT ROURKE, FILE)



## MORE LIKE THIS

News

**Asian American Comedian Murdered in Colombia After Meeting a Woman Online**

NATHANIEL JANOWITZ



Page 2
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

QAnon's biggest celebrities threw a three-day conference in Dallas over the weekend—and it didn't disappoint.

Whether you wanted to hear a former U.S. Army general calling for a military coup or Roger Stone's social media adviser calling for Hillary Clinton's execution, there was something for everyone.

There were auctions selling $1,000 blankets and $8,000 baseball bats. A sitting Congressman appeared on stage and literally embraced QAnon influencers. Dozens of members of a shadowy militia provided protection—some with their own pugs in tow. And then there was Kraken-lawyer Sidney Powell trying to sing the national anthem.

## DISINFO DISPATCH

Unraveling viral disinformation and explaining where it came from, the harm it's causing, and what we should do about it.

SEE MORE →

**You may also like**



ADVERTISEMENT

And, of course, journalists were kicked out, to standing ovations from the crowd.

12.13.23

News

**Most Wanted Gangster Found with Cocaine, Guns, and Top Judge's Ex-Wife**

MITCHELL PROTHERO

12.13.23



News

**Mexico Busts Another String of Pharmacies Selling Fentanyl-Laced Pills**

DEBORAH BONELLO

12.13.23



News

**Far-right Polish MP Just Took a Fire Extinguisher to a Menorah in Parliament**

TIM HUME

12.12.23



News

**The US Is One Step Closer To MDMA Therapy**

MANISHA KRISHNAN

12.12.23



Page 3
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n/bebq/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

The "For God & Country: Patriot Roundup" event took place over Friday, Saturday, and Sunday in downtown Dallas with thousands of QAnon supporters each paying at least $500 for a ticket to the event.

The event took place in the city-owned Omni Hotel despite opposition from local residents whose petition was signed by more than 20,000 people.



News

**Michael Flynn Enlists QAnon to Pretend He Didn't Call For a Military Coup**

DAVID GILBERT

06.01.21

The organizer of the event, John Sabal (known online as QAnon John), claimed prior to the event that it wasn't a QAnon conference, despite multiple high-profile QAnon figures speaking there.

The event was a coming-out party for many well-known figures in the QAnon world, but it also highlighted just how far the conspiracy movement is bleeding into mainstream Republican politics, with one sitting Congressman, Rep. Louie Gohmert, speaking on stage, along with the chairman of the Texas GOP, Allen West.

ADVERTISEMENT



The event continues on Monday morning with more speakers addressing the crowd, but here are the wildest moments so far from the Dallas event:

## Former National Security Advisor Michael Flynn called for a coup

Flynn, the disgraced former national security advisor during the Trump administration, has long been viewed as a godlike figure within the QAnon community. For his part, Flynn has attempted to distance himself from QAnon, but that's hard when you post a video of yourself and your whole family reciting the QAnon oath or, you know, headlining a QAnon conference.

And on Sunday, Flynn delivered the goods.

ADVERTISEMENT



While speaking on stage, Flynn was asked by an audience member who said he'd been in the military: "I want to know why what happened in Myanmar can't happen here?"

After cheers from the crowd died down, Flynn responded: "No reason. I mean, it should happen here."



As a reminder, the military coup in Myanmar in February has already cost 800 civilians their lives. Ever since the coup took place, QAnon supporters have been obsessing over it and questioning why it could happen in a Third World country and not in the U.S.

## Sidney Powell turned up in a biker vest

Sporting a biker vest dotted with badges saying everything from MAGA to "No God, No Peace" and "Ride free, take risks," Sidney Powell spoke on Saturday night in a question-and-answer session with right-wing talk show host Doug Billings.

Page 5
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023



The conversation quickly turned to what Powell sees as her area of expertise: election fraud. And Powell had a surprising revelation to make when asked about the possibility of Trump returning to office.

"He can simply be reinstated," Powell told a cheering audience, adding that a new inauguration date will be set "and Biden is told to move out of the White House."

Sadly for Trump, however, Powell revealed that he won't get credit for time lost.

Page 6
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023



Now, there are no provisions in the Constitution to just reinstate Trump, but remember: This is Powell's area of expertise, and she and her fellow members of Trump's "elite strike force" legal team did file 62 lawsuits in the wake of the election.

ADVERTISEMENT



The fact that all but one were laughed out of court is probably just bad luck.

## Roger Stone's social media advisor calls for Hillary Clinton to be hanged

Jason Sullivan, who is Roger Stone's social media advisor and calls himself "The Wizard of Twitter," was among the first speakers on stage Saturday, and he definitely made an impact.

Page 7
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n/bebq/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

Having spoken about QAnon's "80 million followers" (a recent survey suggests the figure in the U.S. is closer to 30 million) and spreading some anti-vax content, Sullivan got around to speaking about Hilary Clinton.

Referring to her as that "god-awful woman," Sullivan then made a noose gesture around his neck, which was greeted with wild applause by the audience.



## Q dropped in—sort of

In the middle of Saturday's speeches, QAnon John posted a message to his Telegram account that Q, the anonymous leader of QAnon, had posted a new message—though without the secure tripcode Q normally uses, and signing it with the letter B rather than Q.

As expected, this sent the entire QAnon world into a frenzy, prompting a deluge of messages on Telegram and Gab channels.

Except…, it turns out it wasn't Q but rather someone who had access to a board on 8kun that only Q supposedly had access to. Jim Watkins, the owner of 8kun, posted a video on Sunday explaining what had happened, revealing that a volunteer moderator of the board had actually posted the message.

ADVERTISEMENT



POWERED BY CONCERT                    FEEDBACK ⚙



**Shayan Sardarizadeh** · May 30, 2021

@Shayan86 · **Follow**

Former 8kun lead admin Ron Watkins has weighed in on the identity of the mysterious "B", who today posted on a baord to which only Q is supposed to have access.

Ron reckons either Q has handed over their username and password to someone else to post as Q or B is actually Q.

**Shayan Sardarizadeh**

@Shayan86 · **Follow**

In a video update on Gab, 8kun owner Jim Watkins says he's checked the logs and concluded "B" was a global volunteer called "laughing man".

Page 9
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n/bebq/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

He says he's deleted laughing man's account and reduced the number of 8kun global volunteers from 20 to 11.



Still that didn't stop some QAnon followers, who have been starved of new Q drops for months, of coming up with new theories about the message—including one suggestion that the B stood for Barron Trump.

## Journalists were not welcome

QAnon is not a big fan of the media, particularly if you don't work for a right-wing outlet that doesn't indulge QAnon's conspiracies, support the election fraud narrative, or otherwise views Donald Trump as some sort of god-like figure.

ADVERTISEMENT



CORIENT

Real Wealth
Requires
Real Solutions

So it was no surprise that several journalists were kicked out of the event this weekend. On Sunday, VICE News reporter Vegas Tenold had his conference pass "yanked" off him by the organizer before being kicked out.

But that turned out to be a pretty tame expulsion. Hours later QAnon John posted a video of himself and his partner Amy informing police that Daily Beast reporter Will Sommer was illegally trespassing at the conference.

Page 10
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n/bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

The video showed the police escort Sommer from the building—while the crowd cheers. But the video continues to follow Sommer all the way to his car, where he is surrounded by people videoing him, including QAnon influencer Jordan Sather—and a topless man holding a microphone.

## The QAnon militia—and their pugs

In addition to ubiquitous police at the event, there was additional protection provided by a shadowy group of ex-US military personnel known as the 1st Amendment Praetorians.

The Praetorians are a group who claim to provide protection for "patriotic and religious events" across the U.S. They were founded by Robert Patrick Lewis, an ex-Green Beret who  tweeted a picture of himself with Flynn and West during the weekend:

ADVERTISEMENT



⌂ POWERED BY CONCERT                              FEEDBACK | ⚙



Robert Patrick Lewis
@RobertPLewis · Follow                              X

Very proud moment from the For God & Country Patriot Roundup.

I may be the guy in the picture but the distinction was earned by the entire 1st Amendment Praetorian team:

Page 11
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebg/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023



There were at least a couple of dozen members of this group in attendance at the event over the weekend, but according to one source on the ground in Dallas this weekend, the 1st Amendment Praetorians had a secret weapon to keep the crowds under control—their pugs.

Several members of the group had pugs on leashes with them while they patrolled the event, though it was unclear whether or not they were killer pugs.

ADVERTISEMENT



## Rep. Louie Gohmert said January 6 riots no big deal

Then there was Rep. Gohmert, an actual sitting member of the United States Congress, appearing on stage at the largest-ever QAnon convention.

While Gohmert is no stranger to embracing the worst sort of people, his appearance in Dallas gives significant weight to the entire QAnon movement and the people who promote it.

Page 12
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n/bebq/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023

Gohemrt didn't specifically address QAnon while on stage, spending his time instead attacking Nancy Pelosi and trying to claim that the Jan. 6 riots were not that big a deal when compared to things like 9/11 and Pearl Harbor.



"I would submit that weaponizing the FBI and the Department of Justice against one administration was an attack on democracy," Gohmert added.

Off-stage Gohmert mixed freely with the QAnon crowd, including Zak Paine, known online as RedPill78, who took part in the Jan. 6 riots.





An $8,000 baseball bat
=====================

After calling for a military coup, Flynn found time to take part in an auction during the conference party on Saturday night..

Among the items up for auction was some 1776-themed fan art, and a blanket with a Q logo on it, which was signed by Flynn as well as pro-Trump lawyer Lin Wood and MyPillow CEO Mike Lindell. It sold for thousands.

ADVERTISEMENT



Page 14
QAnon Conference: The 10 Wildest Moments From Their 'Patriot Roundup'
https://www.vice.com/en/article/n7bebq/qanon-conference-wildest-moments-from-patriot-roundup-dallas
12 13 2023



Also sold on the night was a baseball bat, again signed by the disgraced former national security adviser. Flynn told the audience that he and his wife call the bat "the Department of Just Us." It sold for $8,000.



## Sidney Powell singalong

No conference would be complete without a singalong and at an event called Patriot Roundup, there was only ever going to be one song to end day two of the event: the national anthem.

In a video posted to his Telegram account, QAnon John showed that as well as losing lawsuits, Sidney Powell was adept at taking part in a group singalong—though it's unclear if she knew all the words.



TAGGED: DALLAS, MICHAEL FLYNN, COUP, LOUIS GOHMERT, SIDNEY POWELL, PATRIOTS ROUNDUP, DISINFO DISPATCH, DONALD TRUMP, NEWS, WORLDNEWS



## GET THE LATEST FROM VICE NEWS IN YOUR INBOX. SIGN UP RIGHT HERE.

Your email address        Subscribe

By signing up, you agree to the Terms of Use and Privacy Policy & to receive electronic communications from Vice Media Group, which may include marketing promotions, advertisements and sponsored content.

Page 1
Full List of Republican Politicians Attending QAnon Convention in Las Vegas
https://www.newsweek.com/republicans-attending-qanon-convention-las-vegas-nevada-1641562
12 13 2023



Newsweek 90

SUBSCRIBE FOR $1   Login

News | Qanon   Republicans   Donald Trump   Nevada   Las vegas

# Full List of Republican Politicians Attending QAnon Convention in Las Vegas

Oct 22, 2021 at 10:37 AM EDT

ADVERTISING

By **Anders Anglesey**
U.S. News Reporter
FOLLOW

💬 36          ⌣          🎧

Numerous Republican politicians have been listed as "special guests" at a QAnon convention in Las Vegas, Nevada, scheduled for this weekend.

State lawmakers and candidates endorsed by former President Donald Trump are listed among QAnon influencers as attending the For God & Country: Patriot Double Down.

The event is organized by John Sabal, known by his Telegram moniker QAnon John, and will run from today to October 25.

ADVERTISING

**Trending**



Mystery dog illness cases

01   **Dog Respiratory Illness Maps Show Its Spread to 16 States**

1 comments

APPENDIX PAGE 081

READ MORE

- Kevin McCarthy Contradicts Trump's Advice for Republicans to Skip 2022 Vote →

- GOP Governor Blasts Trump's Obsession With 2020 Election, Looks to Midterms →

- Ron Watkins, Alleged QAnon Founder, Announces Run for Congress →

Among the Republican attendees are a host of speakers who are considered major influencers in the evolving QAnon online conspiracy movement.



📰 NEWSLETTER
**The Bulletin**    Your daily briefing of everything you need to know    [Email address]    **SIGN UP**

One of them is Ron Watkins, accused of at one time being behind the 'Q' account that sparked the conspiracy movement—a claim he has denied.

ADVERTISING

[Watkins has also announced he intends to run for office](#) in Arizona and has set his eyes on a seat in the U.S. House of Representatives.

Since it was announced, the controversial QAnon event has hit several snags. These include PayPal canceling the Patriot Voice's account, Caesars refusing to host the event and [Michael Flynn pulling out from the convention](#).

But the event was saved after major Trump backer Don Ahern said he would host the convention at Sin City's Ahern Hotel.

ADVERTISING

The QAnon conspiracy theory claims former President Trump would somehow expose a global cabal of satanic, cannibalistic pedophiles who operate a massive child sex trafficking ring.

 Sign up for Newsweek's daily headlines

---

02    **King Charles' Popularity After Race Scandal Revealed**
20 comments

03    **Is Travis Kelce Really Slowing Down? Rob Gronkowski Weighs In**
2 comments

04    **Special Winter Weather Alert Tells Cars to Suddenly Pull to Side of Road**
2 comments

05    **Google Keeps Mistakenly Claiming Celebrities Are Dead**
14 comments

To Homepage

THE DEBATE

**By Modern Standards, Biden Should Be Impeached**
By Mark R. Weaver    

VS

    **The Biden Impeachment Inquiry Isn't Just Unserious—It's Dangerous**
By Lisa Gilbert

OPINION

**Misguided 'Monopoly' Talk Focuses on the Wrong Question**
By Noah C. Gould

**Community-Based Resettlement Is Good for Both Refugees and Communities**
By Pooja Agrawal

**Does The First Amendment Protect Chinese Espionage?**
By Joel Thayer

**One Year After Landmark Marriage Equality Legislation**
By Tammy Baldwin

But, following the inauguration of President Joe Biden, QAnon followers have latched onto other unfounded conspiracies, including claims the 2020 Presidential Election was somehow riddled by widespread voter fraud.

Here is the list of Republicans who are attending the For God & Country Patriot Double Down.

ADVERTISING

**Rep. Mark Finchem**

Arizona state Representative Finchem has long repeated the baseless claims that a nationwide conspiracy somehow stole the 2020 presidential election from Trump.

He was rewarded for his loyalty to the former president when Trump endorsed him for Arizona's Secretary of State, a position that would allow him to oversee elections in the state if elected.

ADVERTISING

Rep. Finchem previously appeared on QAnon-supporter media in May when he was featured on the *RedPill78* podcast hosted by Zak Paine.

In a 2014 questionnaire that Finchem filled out for his candidacy for the Arizona House of Representatives, he said he was a member of The Oath Keepers, one of the largest anti-government extremist groups.

**Sen. Sonny Borelli**

ADVERTISING

The Republican Arizona state Senator has also repeated baseless claims that the 2020 Presidential Election was subject to widespread voter fraud.



**Americans Hate Divisiveness. We Need to Demand More From Our Leaders**

By Susan K. Urahn & Michael Dimock



**By Modern Standards, Biden Should Be Impeached**

By Mark R. Weaver



**Congress Still Has Time To Save Lives From Drug Overdose**

By David Trone, Brian Fitzpatrick, Ann Mclane Kuster, And Lisa Mcclain



**When Protecting Kids Online, Don't Let Apple and Google Off the Hook**

By Adam Candeub And Clare Morell



**LGBTQ Persons and the Promise of the Universal Declaration of Human Rights**

By Jessica Stern And Suzanne Goldberg



**It's Time to Shed Some Light on U.S. Investment in Communist China**

By Marco Rubio & Elise Stefanik



**The Victory of the Netherlands' Geert Wilders**

By Miles P. J. Windsor

**Elon Musk Is Amplifying Bigotry. He Must Be Stopped**

By Debbie Wasserman Schultz & Anthony Housefather

Page 4
Full List of Republican Politicians Attending QAnon Convention in Las Vegas
https://www.newsweek.com/republicans-attending-qanon-convention-las-vegas-nevada-1641562
12 13 2023

Following the results of the Arizona audit, carried out by firm Cyber Ninjas on behalf of the GOP-controlled state senate, the confirmed President Joe Biden won, Sen. Borelli called for the election to be "nullified."

Despite the evidence, Borelli insisted the Maricopa County audit showed there was an Arizona election "cover-up" during an interview with former Trump senior adviser Steve Bannon on his *War Room: Pandemic* podcast.

ADVERTISING

**Rep. Leo Biasiucci**

Like other Republicans attending the QAnon convention, Arizona House of Representatives member Biasiucci has promoted baseless claims that Trump somehow won the 2020 Presidential election.

He sat alongside Sen. Borelli and Rep. Fincham at the Arizona election integrity hearing in November 2020.

ADVERTISING

In his speaker description on the Patriot Voice website, Rep. Biasiucci said he believed: "Trump won. Our elections are compromised and [Jeffrey] Epstein didn't kill himself."

**Sen. Wendy Rogers**

Sen. Rogers has frequently shared misinformation that Trump won the previous presidential election and also promoted election fraud claims in Arizona.

ADVERTISING

Page 5
Full List of Republican Politicians Attending QAnon Convention in Las Vegas
https://www.newsweek.com/republicans-attending-qanon-convention-las-vegas-nevada-1641562
12 13 2023

The Arizona state lawmaker has pushed the debunked great replacement theory and shared a Breitbart Twitter post about the border crisis, adding: "We are being replaced and invaded."

She has appeared on the anti-Semitic online website TruNews, which was permanently banned from YouTube in 2020 for hate speech.



A D V E R T I S I N G



**Kristina Karamo**

Karamo has been a vocal Trump loyalist and earned his pick for Michigan Secretary of State after she promoted the claim of widespread voter fraud during the 2020 Presidential Election.

According to *The Detroit News*, Karamo traveled to Arizona in June to view the state's 2020 election audit.

A D V E R T I S I N G



She claimed to have seen "overwhelming evidence" of fraud and said it raised "reasonable concerns about the results in Michigan, a state Biden won back from Trump.

The Arizona audit would, ultimately, uphold President Biden's victory, deflating QAnon followers' hopes that it could set off a wave of similar election fraud investigations.

**Rachel Hamm**

ADVERTISING

Hamm continues GOP efforts to run for Secretary of State positions across the county in a bid to overturn the 2020 Presidential Election.

While she is unlikely to succeed in California, a Democrat stronghold for decades, she has continued to claim that Trump would have won the state had it not been for supposed widespread voter fraud.

She has since been endorsed by QAnon darling Flynn who was heard saying the conspiracy's slogan "where we go one we go all" in a July 4, 2020, tweet. Flynn has since claimed he actually said a family motto.

ADVERTISING

**Jim Marchant**

The Republican is set to run for the Secretary of State in Nevada in 2022 and has also pushed for election integrity.

On his campaign website, Marchant said his "number one priority will be to overhaul the fraudulent election system in Nevada."

ADVERTISING

In September, Marchant shared a Facebook post where he also called for a "full forensic audit" in Texas.

A spokesperson for the Arizona Democrat Party told *Newsweek* they believed Republicans in the state were "out of touch."

The spokesperson said: "Instead of working to help Arizonans recover from a global pandemic, Republicans like Wendy Rogers and her proud supporters like gubernatorial candidate Karrin Taylor Robson are leaving the state and their constituents behind to cater to an out of touch and fanatical base that has a stranglehold on the Republican Party."

A D V E R T I S I N G

*Newsweek* has contacted Rep. Finchem, Sen. Borelli. Rep. Leo Biasiucci, Sen. Rogers, Marchant, Hamm and Karamo for comment.



AZ Rep. Mark Finchem (top left), AZ Sen. Sonny Borelli (top right), AZ Sen. Wendy Rogers (bottom left) and AZ Rep. Leo Biasiucci are listed as attending the QAnon convention in Las Vegas this weekend.
**AZLEG.GOV**

Request Reprint & Licensing     |     Submit Correction     |     View Editorial Guidelines

## About the writer

**Anders Anglesey**

<span style="color:red">FOLLOW</span>

Anders Anglesey is a U.S. News Reporter based in London, U.K., covering crime, politics, online extremism and trending stories. Anders ... **read more**

To read how Newsweek uses AI as a newsroom tool, <u>click here.</u>