IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL, § | |
| § | |
| § | |
| Plaintiff, § | Civil Action No. 4:23-cv-01002-O |
| § | |
| v. § | |
| § | |
| § | |
| ANTI-DEFAMATION LEAGUE, § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court are the parties' Joint Motion to Extend Case Deadlines (ECF No. 28), filed February 23, 2024. In the Joint Motion, the parties request a two-month extension of all deadlines, including the trial date. ECF No. 28 at 3. The Court finds good cause to **GRANT in part** and **DENY in part** the Joint Motion. Specifically, the Court **DENIES** the request to extend the trial date and related pre-trial deadlines,[1] but **GRANTS in part** the request to extend all other deadlines to the extent possible. Accordingly, the Court **MODIFIES** the Scheduling Order of December 18, 2023 (ECF No. 25) as follows:

| Responsive Expert Designation & Report | ~~March 1, 2024~~ **April 1, 2024** |
|---|---|
| Rebuttal Expert Designation | ~~30 days~~ **15 days** after disclosure made by other party |
| Expert Objections | June 3, 2024 |
| Dispositive Motions | ~~April 12, 2024~~ **May 7, 2024** |
| Mediation | ~~March 22, 2024~~ **April 22, 2024** |

---

[1] The Court's docket cannot presently accommodate for a change of the trial date without postponing far beyond the two-month extension requested by the parties. Such a postponement would be at odds with the Court's obligation to ensure this case moves at a diligent pace toward final resolution. *See* FED. R. CIV. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)).

1

| Completion of Discovery | ~~March 29, 2024~~ **April 29, 2024** |
|---|---|
| Pretrial Disclosures and Objections | May 29, 2024<br>Objections due 14 days thereafter |
| Pretrial Materials (pretrial order etc.) | June 13, 2024 |
| Exchange of Exhibits | June 24, 2024 |
| Pretrial Conference | To be set if necessary. |
| Trial Date | July 8, 2024 |

To accommodate these extensions, the Court further **ORDERS** an expedited briefing schedule for any dispositive motions: (1) a response will be due no later than fourteen (14) days from the date any dispositive motion is filed and (2) a reply will be due within seven (7) days from the date any response is filed. Importantly, all deadlines not modified by this order—including the July 8, 2024 trial date—remain as stated in the Court's December 18, 2023 Scheduling Order.

    **SO ORDERED** on this **26th day** of **February, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**