IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01002-O |
| | § | |
| ANTI-DEFAMATION LEAGUE, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Second Joint Motion to Extend Case Deadlines (the "Motion") (ECF No. 33), filed April 16, 2024. The parties request an additional extension of all remaining deadlines, including the trial date. ECF No. 33 at 3. Recognizing that the timing of the Passover holiday—occurring from April 22, 2024 to April 30, 2024—overlaps with the mediation and discovery deadlines in this case, the Court finds good cause to **GRANT in part** the Motion to the extent possible based on the Court's calendar. Specifically, the Court **GRANTS** the request to extend deadlines impacted by Passover to ensure that any attorneys and witnesses celebrating the holiday are able to do so unencumbered. However, the Court **DENIES** the request to extend deadlines in this case by a full two months absent a sufficient showing of good cause for such an extension.[1] Accordingly, the Court **MODIFIES** the schedule in this matter as follows:

---

[1] As previously explained, this Court's docket—which is one of the busiest in the entire country—cannot presently accommodate for a change of the trial date without postponing far beyond the two-month extension requested by the parties. *See* ECF No. 29 at 1 n.1. Such a postponement would be at odds with the Court's obligation to ensure this case moves at a diligent pace toward final resolution. *See* FED. R. CIV. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)).

1

| | |
|---|---|
| Completion of Discovery | ~~April 29, 2024~~ **May 29, 2024** |
| Mediation | ~~April 22, 2024~~ **June 7, 2024** |
| Dispositive Motions | ~~May 7, 2024~~ **June 7, 2024** |
| Pretrial Disclosures and Objections | ~~May 29, 2024~~ **June 14, 2024** Objections due 7 days thereafter |
| Expert Objections | ~~June 3, 2024~~ **June 25, 2024** |
| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~June 13, 2024~~ **June 26, 2024** |
| Jury Charge[2] | ~~June 13, 2024~~ **June 27, 2024** |
| Motions in Limine[3] | ~~June 10, 2024~~ **June 28, 2024** |
| Exchange of Exhibits | ~~June 24, 2024~~ **July 8, 2024** |
| Settlement Conference | ~~June 24, 2024~~ **July 15, 2024**[4] |
| Pretrial Conference | To be set if necessary. |
| Trial Date | ~~July 8, 2024~~ **July 22, 2024** |

As with the Court's prior order granting a partial extension of certain deadlines, the Court retains the expedited briefing schedule for any dispositive motions. *See* ECF No. 29 at 2 (implementing an expedited briefing schedule for any dispositive motions to accommodate for a deadline extension). Accordingly, the Court **ORDERS** as follows: (1) a response will be due no later than fourteen (14) days from the date any dispositive motion is filed and (2) a reply will be due within seven (7) days from the date any response is filed.

**SO ORDERED** on this **22nd day** of **April, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[2] All deadlines surrounding the jury charge (as described in the December 18, 2023 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on June 27, 2024.

[3] Responses to motions in limine (as limited by the December 18, 2023 Scheduling Order) are due within fourteen days of the filing of such a motion.

[4] The Joint Settlement Report (as described in the December 18, 2023 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.