# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-01002-O |
| § | |
| ANTI-DEFAMATION LEAGUE, § | |
| § | |
| Defendant. § | |

## DEFENDANT ANTI-DEFAMATION LEAGUE'S MOTION FOR SUMMARY JUDGMENT

Defendant Anti-Defamation League ("ADL") respectfully moves for summary judgment, as there are no genuine issues of material fact and ADL is entitled to judgment on each of Plaintiff John Sabal's claims as a matter of law. ADL incorporates the arguments included in its brief in support and appendix, filed concurrently. In conformity with Local Rule 56.3(b), ADL states that the complete basis for seeking summary judgment on each of Plaintiff's claims in this action are set forth in its summary judgment brief.

Dated: June 7, 2024

/s/ Nathan Siegel
Nathan Siegel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1301 K Street
Suite 500 East
Washington, DC 20005
Phone: (202) 973-4237
Fax:    (202) 973-4499
nathansiegel@dwt.com

Katherine M. Bolger (admitted *pro hac vice*)
Jesse Feitel (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

Phone: (212) 489-8230  
Fax:    (212) 489-8340  
katebolger@dwt.com  
jessefeitel@dwt.com  

Robert P. Latham State Bar No. 11975500  
**JACKSON WALKER LLP**  
2323 Ross Avenue, Suite 600  
Dallas, Texas 75201  
(214) 953-6000 – Telephone  
(214) 953-5822 – Facsimile  
blatham@jw.com  

Trevor Paul State Bar No. 24133388  
**JACKSON WALKER LLP**  
777 Main St., Suite 2100,  
Fort Worth, Texas 76102  
817.334.7200– Telephone  
(214) 953-5822 – Facsimile  
tpaul@jw.com  

*Attorneys for Defendant Anti-Defamation League*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been served on all counsel of record, via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, on this 7th day of June, 2024.

/s/ Nathan Siegel
Nathan Siegel