IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN SABAL,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTI-DEFAMATION LEAGUE,<br><br>*Defendant.* | Case No. 4:23-cv-01002 |

## MOTION FOR WITHDRAWAL OF COUNSEL

Undersigned counsel and the law firm of the Binnall Law Group respectfully move for leave to withdraw as Plaintiff's counsel of record in this matter.

Plaintiff John Sabal has failed substantially to fulfill obligations to this law firm regarding our services and he has been given reasonable warning that this firm would withdraw unless the obligations were fulfilled. A succeeding lead counsel has not been established, but Mr. Sabal's local counsel's contact information is as follows:

> Paul M. Davis
> PAUL M. DAVIS & ASSOCIATES PC
> 9355 John W Elliott Dr, Suite 25454
> Frisco, TX 75033
> (945) 348-7884
> paul@fireduptxlawyer.com

Mr. Sabal consents to withdrawal. Movants have also met and conferred with Defendant's counsel who does not oppose this motion.

Wherefore, the movants respectfully request to withdraw as Plaintiff's counsel in this matter.

Dated: June 10, 2024

| | |
|---|---|
| _____<br>John Sabal | */s/ Jason C. Greaves*<br>Jason C. Greaves, TBN 24124953<br>Molly McCann, VA Bar 94222<br>Jared J. Roberts (*pro hac vice*)<br>BINNALL LAW GROUP<br>717 King Street<br>Suite 200<br>Alexandria, VA 22314<br>(703) 888-1943<br>Fax: (703) 888-1930<br>jason@binnall.com<br>molly@binnall.com<br>jared@binnall.com<br><br>Paul M. Davis<br>PAUL M. DAVIS & ASSOCIATES PC<br>9355 John W Elliott Dr<br>Suite 25454<br>Frisco, TX 75033<br>(945) 348-7884<br>paul@fireduptxlawyer.com |

## CERTIFICATE OF CONFERENCE

I hereby certify that, on June 7, 2024, I conferred with Defendant's counsel regarding the contents of this Motion for Withdrawal. Defendant does not oppose the relief requested herein.

                                                                                                 */s/ Jason C. Greaves*
                                                                                                 Jason C. Greaves

## CERTIFICATE OF SERVICE

I certify that on June 10, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves