### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN SABAL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-1002-O** |
| | § | |
| **ANTI-DEFAMATION LEAGUE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## <u>ORDER</u>

Before the Court is Paul M. Davis's Motion for Leave to Appear Telephonically at Hearing (ECF No. 48), filed on June 12, 2024. Because the Court does not conduct hearings via remote means, the Motion is **DENIED**. However, due to Mr. Davis's pre-planned business travel, the Court finds good cause to **EXCUSE** Mr. Davis's attendance at the June 17, 2024 hearing.

**SO ORDERED** on this **14th** day of **June, 2024.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**