IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN SABAL,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTI-DEFAMATION LEAGUE,<br><br>*Defendant.* | Case No. 4:23-cv-01002 |

## STATUS REPORT

Undersigned counsel and the law firm of the Binnall Law Group, and pursuant to this Court's July 1, 2024, Order, respectfully submit this status report concerning Plaintiff's replacement counsel.

Plaintiff John Sabal has diligently searched for replacement counsel since undersigned counsel brought their Motion for Withdrawal of Counsel (Doc. 43). Mr. Sabal has, however, not found replacement counsel for this matter. The Binnall Law Group will therefore be filing Mr. Sabal's opposition to Defendant's motion for summary judgment on July 31, 2024. Binnall Law Group will also be separately filing an *ex parte* notice on the docket as directed by the Court's Orders.

Dated: July 29, 2024

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, TBN 24124953
Molly McCann, VA Bar 94222
Jared J. Roberts (*pro hac vice*)
BINNALL LAW GROUP
717 King Street

Suite 200
Alexandria, VA 22314
(703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
molly@binnall.com
jared@binnall.com

Paul M. Davis
PAUL M. DAVIS & ASSOCIATES PC
9355 John W Elliott Dr
Suite 25454
Frisco, TX 75033
(945) 348-7884
paul@fireduptxlawyer.com

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves