IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-1002-O |
| | § | |
| ANTI-DEFAMATION LEAGUE, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On June 17, 2024, the Court conducted a hearing on the Motion for Withdrawal of Counsel (the "Motion") (ECF No. 43) filed by Plaintiff's lead attorneys at the Binnall Law Group ("BLG"). ECF No. 50. To allow Plaintiff time to secure replacement counsel, the Court deferred ruling on the Motion for two weeks. ECF No. 51. By the end of that two-week period, the Court ordered BLG to file a status report regarding replacement counsel or, alternatively, Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 39). *Id.* On June 28, 2024, BLG requested an unopposed extension of time to comply with the Court's order due to Plaintiff's ongoing negotiations with potential new counsel. ECF No. 55. The Court granted the extension. ECF No. 56. Despite Plaintiff's efforts, BLG timely filed a status report on July 29, 2024 notifying the Court that Plaintiff still had not secured replacement counsel. ECF No. 57. As a result, BLG subsequently submitted Plaintiff's Opposition Brief in Response to Defendant's Motion for Summary Judgment (ECF No. 59), making Defendant's reply due by **August 12, 2024**.

Simultaneous to filing the status report and summary judgment response, BLG also submitted its *Ex Parte* Notice in Support of Motion for Withdrawal of Counsel ("*Ex Parte* Notice") (ECF No. 58) under seal. The *Ex Parte* Notice provided additional information regarding why

1

withdrawal is appropriate. ECF No. 58. Having considered the reasons stated in the *Ex Parte* Notice, the Court finds good cause to allow BLG to withdraw even though Plaintiff has not secured replacement lead counsel. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that BLG attorneys Jason Greaves, Molly McCann, and Jared Roberts are withdrawn as counsel of record in this matter. The Clerk is **DIRECTED** to remove Mr. Greaves, Ms. McCann, and Mr. Roberts from the electronic service list in this case.

Finally, because Plaintiff's local counsel has not filed his own motion to withdraw, the Court **DESIGNATES** Attorney Paul Davis as Plaintiff's lead counsel in the interim unless and until the Court receives a motion to withdraw or notice of replacement lead counsel, with an explanation as to why he should be permitted to withdraw. The Court **DIRECTS** Mr. Davis to immediately provide a copy of this order to Plaintiff.

With the BLG withdrawal issue resolved, the Court will proceed with ruling on Defendant's Motion for Summary Judgment (ECF No. 39) once ripe. All remaining deadlines, including trial, will be reset shortly thereafter.

**SO ORDERED** on this **20th** day of **August, 2024.**

*[signature]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE