IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01002-O |
| | § | |
| ANTI-DEFAMATION LEAGUE, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On June 12, 2024, the temporarily stayed upcoming deadlines until the resolution of Plaintiff's counsels' motion to withdraw. (ECF No. 47). On August 8, 2024, the Court conducted a hearing and granted the motion to withdraw. (ECF No. 62). On December 13, 2024, the Court granted in part and denied in part Defendants' motion for Summary Judgment. (ECF No. 63).

Having resolved these issues, the Court hereby **ORDERS** the parties to file a status report including a proposed schedule for trial and detailing whether Plaintiff's local counsel is prepared to try this matter or if Plaintiff has retained new lead counsel. The joint status report **SHALL** be filed no later than **January 2, 2025**.

**SO ORDERED** on this **13th day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE