UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL CASE NO. 4:23-CV-01002-O |
| § | |
| ANTI-DEFAMATION LEAGUE, § | |
| § | |
| Defendant § | |

## MOTION TO WITHDRAW

I, Paul M. Davis, hereby file this motion to withdraw as counsel for Plaintiff, John Sabal. The reason for my withdrawal is that I was retained only as local counsel in this case. Now that Plaintiff has retained Warren Norred of Norred Law PLLC as his counsel, who is a local attorney and member of the bar of this Court, my previous role is now obsolete. Mr. Norred's contact information is as follows:

> Warren V. Norred
> Norred Law PLLC
> 515 E Border Street
> Arlington, TX 76010
> 817-704-3984
> Fax: 817-524-6686
> Email: warren@norredlaw.com

WHEREFORE, pursuant to Local Rule 83.12, I hereby request that the Court grant this motion for my withdrawal as counsel for Plaintiff.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar No. 24078401
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr.

1

Suite 25454
Frisco, TX 75033
945-348-7884
paul@fireduptxlawyer.com

## CERTIFICATE OF CONFERENCE

I certify that on December 17, 2024, I conferenced with counsel for Defendant by email regarding the relief requested in this motion and new counsel for Plaintiff, and both are unopposed.

/s/ *Paul M. Davis*
Paul M. Davis

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on all counsel of record in this case via the Court's ECF system on January 3, 2025.

/s/ *Paul M. Davis*
Paul M. Davis