IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-01002-O |
| ANTI-DEFAMATION LEAGUE, | § | |
| Defendant. | § | |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Before the Court is Plaintiff's Local Counsel Paul M. Davis's Unopposed Motion for Withdrawal of Counsel ("Motion"). After consideration of the Motion, the Court **GRANTS** Plaintiff's Motion. Accordingly, the Court **ORDERS** that Paul M. Davis of the law firm Paul M. Davis & Associates is withdrawn from this matter as counsel of record for Plaintiff..

**SO ORDERED** on this **6th** day of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE