IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTI-DEFAMATION LEAGUE,<br><br>*Defendant.* | Civil Action No.: 4:23-cv-01002-O |

## NOTICE OF SETTLEMENT

Plaintiff John Sabal and Defendant Anti-Defamation League (collectively "the Parties"), have reached an agreement in principle to settle this case.

This notice is submitted to inform the Court of the status of the case and to avoid any further use of judicial resources in upcoming deadlines. Upon completion of the settlement agreement, this case will be dismissed. The parties request that this matter be removed from the July 16, 2025, trial docket, as well as any other deadlines.

Respectfully submitted on June 20, 2025,

| | |
|---|---|
| */s/ Warren V. Norred* | */s/ Nathan Siegel* |
| Warren V. Norred | Nathan Siegel |
| **NORRED LAW, PLLC** | DAVIS WRIGHT TREMAINE LLP |
| 515 East Border Street | 1301 K Street NW, Suite 500 East |
| Arlington, TX 76010 | Washington, DC 20005 |
| 817.704.3984 - T | 202.973.4237 - T |
| 817.524.6686 - F | nathansiegel@dwt.com |
| wnorred@norredlaw.com | |
| | |
| ***COUNSEL FOR PLAINTIFF*** | ***COUNSEL FOR DEFENDANT*** |

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Notice with the Clerk of this Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

June 20, 2025                                                      */s/ Warren V. Norred*  
                                                                                Warren V. Norred