# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JOHN SABAL**, *Plaintiff*, v. **ANTI-DEFAMATION LEAGUE**, *Defendant*. | Case No. 4:23-cv-01002-O |

## NOTICE OF APPEARANCE

Jace R. Yarbrough of the S|L Law Firm hereby enters his appearance as counsel of record for Plaintiff in the above-captioned matter.

Please serve all notices, pleadings, and other documents in this case upon the undersigned at the address in the signature block below.

| | |
|---|---|
| June 20, 2025 | Respectfully submitted. <br><br> /s/ *Jace R. Yarbrough* <br> Jace R. Yarbrough <br> Texas Bar No. 24110560 <br> **S | L Law PLLC** <br> 610 Uptown Boulevard, Suite 2000 <br> Cedar Hill, TX  75104 <br> Phone: (469) 523-1351 <br> Facsimile: (469) 613-0891 <br> jace.yarbrough@slfirm.com <br><br> *Attorney for Plaintiff* |