IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01002-O |
| | § | |
| ANTI-DEFAMATION LEAGUE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Counsel Warren Norred's Unopposed Motion for Leave to Withdraw as Counsel ("Motion"). After consideration of the Motion, and noting that it is unopposed by counsel and all parties, the Court **GRANTS** Plaintiff's Motion. Accordingly, the Court **ORDERS** that Warren Norred is withdrawn from this matter.

**SO ORDERED** on this **2nd** day of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE