# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN SABAL,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:23-cv-01002-O** |
| | § | |
| **ANTI-DEFAMATION LEAGUE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On June 18, 2025, the parties filed an Agreed Motion to Stay Pending Settlement. ECF No. 88. On June 20, 2025, the parties filed a Notice of Settlement. ECF No. 88. The Court granted the parties Agreed Motion to Stay. ECF No. 90.

Accordingly, the parties are **ORDERED** to file the appropriate settlement papers—a voluntary notice of dismissal under Federal Rule 41(a)(1)(A)(i), a joint stipulation of dismissal signed by all parties under Federal Rule 41(a)(1)(A)(ii), or an agreed motion with a corresponding proposed order under Federal Rule 41(a)(2)—**no later than July 31, 2025**. All existing deadlines remain **STAYED** pending the filing of appropriate settlement papers by the parties. The Court **REMOVES** the parties July 16, 2025 trial setting from the Court's calendar. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a joint status report with the Court.

**SO ORDERED** on this **10th** day of **July, 2025**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1