IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN SABAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-01002-O |
| § | |
| ANTI-DEFAMATION LEAGUE, § | |
| § | |
| Defendant. § | |

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice. Having considered the stipulation and Federal Rule of Civil Procedure 41(a), the Court finds that it should be, and hereby is, **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims and causes of action in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**SO ORDERED** on this **1st** day of **August, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE